| | | | |
|---|---|---|---|
| DEFT: | Stanley Lerner (surrender) | CASE NO: | 00-6127-CR-Dimitrouleas |
| AUSA: | Jeff Kaplan / Nichols | ATTNY: | Howard Greitzer  present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD – yes/no        COUNSEL APPOINTED:
____ BOND SET @ $50,000   PSI  stipulated

CO-SIGNATURES: _____

FILED by ___ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:
1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to Southern State of Florida
12) ____ Halfway House
____ Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

1) — waives indictment
advised of charges

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

plea likely
case may be reassigned before Judge Middlebrooks

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 10:00 | N/A | |
| STATUS CONFERENCE: | | | |

DATE: 5-18-00      TIME: 11:00am     TAPE # 00-043   PG # 7
1940 - 2370