AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

STANLEY LERNER

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6127

2F - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

I, STANLEY LERNER, the above named defendant, who is accused of conspiracy to mail fraud and wire fraud, in violation of Title 18, United States Code, Sections 371, 1341, and 1343, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on

__5/18/00__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____ - 5/18/00
Judicial Officer