FILED by _____ D.C.

MAY 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6127-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Stanley Lerner

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on       5-18-00       , where the Defendant was arraigned and
plea of NOT GUILTY was entered.  Defendant and court appointed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case. The following information is current as of this dat

DEFENDANT:              Address:_____ see bond _____

_____

_____

Telephone:_____

DEFENSE COUNSEL:        Name:_____ Howard Greitzer _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:     $ 50,000 PSB _____

Bond hearing held: yes_X__ no____ Bond hearing set for_____

Dated this____18____day of ____May_____, 2000 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By:_____
   Deputy Clerk

Tape No. ___00-043_____

cc: Clerk for Judge
    U. S. Attorney