UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55167-004

UNITED STATES OF AMERICA )
          Plaintiff   ) Case Number: CR CC 6127-CR-D
                      ) REPORT COMMENCING CRIMINAL
    -vs-              )              ACTION
                      )
Lerner, Stanley       )
          Defendant

TO: Clerk's Office    MIAMI    /FT. LAUDERDALE/    W. PALM BEACH
    U.S. District Court       (circle one)

FILED by ___ D.C.
MAY 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 5/18/00 ____ 10:00 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Fraud

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 8-7-32

(6) Type of Charging Document: (check one)
    [✓] Indictment [ ] Complaint  To be filed/Already filed
    Case# ___

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/Fla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $ 50,000 P/S
Who set Bond: Seltzer

(7) Remarks: ___

(8) Date: 5/18/00   (9) Arresting Officer: ___

(10) Agency: Secret Service   (11) Phone: ___

(12) Comments: ___