UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6127-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STANLEY LERNER,

    Defendant.
_____/



## **NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD FOR TRIAL ONLY**

COMES NOW HOWARD L. GREITZER and files this appearance as counsel of record for trial only, for the above-named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

COUNSEL hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rules and with the Special Rules Governing the Admission and Practice of Attorneys.



FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

I HEREBY CERTIFY that a true copy of the foregoing Notice of Permanent Appearance As Counsel Of Record For Trial Only has been delivered, by mail, to Jeffrey Kaplan, Office of the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 this 22nd day of May, 2000.

                                            LYONS AND SANDERS CHARTERED
                                            Counsel for Defendant
                                            600 NE Third Avenue
                                            Fort Lauderdale, FL 33304
                                            (954) 467-8100
                                            BY_____
                                              HOWARD L. GREITZER
                                            FLORIDA BAR NO. 249505