UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.  CASE NO. 00-6127-CR-DIMITROULEAS

STANLEY LERNER

---

TYPE OF CASE:          CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.           COURTROOM 203E
FT. LAUDERDALE, FL 33301       DATE & TIME:
                               **JUNE 12, 2000 AT 1:00 P.M.**

---

TYPE OF    CHANGE OF PLEA
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

DATE:   May 31, 2000          BY/DEPUTY CLERK

cc: Jeffrey Kaplan, AUSA
    Howard Greitzer, Esq.

