JNK:as

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 00-6127-Cr-Dimitrouleas**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY LERNER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |



## NOTICE OF PENDENCY OF OTHER ACTION

The United States, by and through its undersigned counsel, hereby files this Notice of Pendency of Other Action, pursuant to local rules 3.9C and 3.9D, stating that the above-referenced case is related to <u>United States v. Christenson. et al.,</u> Case No. 99-6266-Cr-Middlebrooks, in that the disposition of the two cases would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, and sets forth the factual basis for this notice as follows:

1. In this case Stanley Lerner was charged with a conspiracy beginning June 1996 through December 1996 to commit mail fraud and wire fraud. Defendant Lerner was a loan officer at Advantage Financial and he said his co-conspirators would submit and cause to be submitted false information and false documentation to Advantage Financial in order to induce Advantage Financial and its lenders to loan money to persons who did not qualify for the loan, in order that the defendant



and his co-conspirators could profit through the sale of real property.

2. In United States v. Christenson, et al., Case No. 99-6266-Cr-Middlebrooks, defendant Lerner and a different group of co-conspirators are charged with conspiring from 1994 through November 1999 to commit wire fraud and loan application fraud. Defendant Lerner was a loan officer at CFI Mortgage and First Financial of Boston, Inc. and along with his co-conspirators defrauded banks and mortgages by obtaining loans on overvalued land and properties.

3. On February 3, 2000, defendant Lerner pled guilty to Count 1 in United States v. Christenson, et al., Case No. 99-6266. His sentencing is set for December 4, 2000 at 4:30 p.m..

4. Pursuant to the plea agreement in both cases defendant Lerner has agreed to cooperate with the government and the Government has agreed to recommend to the Court at the time of sentencing that the sentences be served concurrently.

5. Rule 3.9D of the Local Rules for the Southern District of Florida imposes a duty on the attorneys of record to bring to the attention of the Court of other actions which the disposition thereof would entail the unnecessary duplication of judicial labor if heard by a different Judge.

2

6. The parties both recommend that this court consolidate the two cases for the purpose of sentencing. Pursuant to the local rules the later filed action, United States v. Lerner., Case No. 00-6127-Cr- Dimitrouleas should be transferred to Judge Middlebrooks.

Respectfully Submitted.

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500030
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 356-7255 Ext. 3515
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered by United States mail this 9th day of June 2000 to Howard Greitzer, 600 N.E. 3rd Avenue, Ft. Lauderdale, Florida 33304.

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

3