**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6037-CR-WPD  DATE: June 12, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: ~~Bob Ryckoff~~ Bonnie

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Stanley Kerner

U.S. ATTORNEY: Jeff Kaplan   DEFT. COUNSEL: Harold Shultzer

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Wife sworn and questioned by the Court. Rgit to plead Guilty to Count 1. Court accepts Guilty plea.

Court transfers this case for Sentencing to Judge Middlebrooks if he so consents.

JUDGMENT: _____

CASE CONTINUED TO: 12/4/02 To be set by Judge Middlebrooks   TIME: 4:20   FOR: Sentencing

MISC: Written plea agreement filed before Judge Middlebrooks