UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Stanley Lerner

CASE NO  00-6127-CR-USP

NOTICE OF SENTENCING DATE

TO  DEFENDANT, DEFENSE COUNSEL, AND U S ATTORNEY'S OFFICE

By the direction of the Honorable  William P. Dimitrouleas
United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern
District of Florida on  December 4  20 00  at  4:30  P.M. for imposition of sentence. On
that date, report to the U.S. Courthouse, Courtroom _____, 299 East Broward Blvd., Ft. Lauderdale, FL 33301, where
sentence will be imposed. You will receive no further notice  Before Judge Middlebrooks

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear
is directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec.
3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $250,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE
COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES
PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION AT 299 East Broward Blvd.,
#409, Federal Building and Courthouse, Fort Lauderdale, Florida 33301

IT IS FURTHER ORDERED that the U.S Attorney's Office immediately provide the U.S. Probation Department the
necessary information to prepare the Prosecution Section of the Presentence Report

Clerk, United States District Court

BY _____
Courtroom Deputy Clerk

DATE  Jan 13, 2000
COUNSEL  Harold Kreitzer, Esq.
RECEIVED  _____
(Defendant)

| | | | | |
|---|---|---|---|---|
| GUILTY PLEA ☑ | BOND ☑ | TO COUNT(S) | | |
| TRIAL ☐ | FEDERAL CUSTODY ☐ | TO TOTAL COUNTS | | |
| NOLO PLEA ☐ | STATE CUSTODY ☐ | ASST. U.S ATTY | Kaplan | |
| | U.S.M. CUSTODY ☐ | | | |