UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6127-CR-DIMITROULEAS

    Plaintiff,

vs.

STANLEY LERNER,

    Defendant.

_____/

FILED by _____ D.C.
JUN 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER OF TRANSFER

THIS MATTER is before the Court upon written motion [DE-12] from counsel representing the Defendant in the above-captioned case to transfer this matter to the sentencing calendar of the Honorable Donald M. Middlebrooks for consolidation with a lower case number now pending before that honorable court. Pursuant to the rules of this district, and subject to the consent herein, it is hereby

ORDERED AND ADJUDGED that the above-captioned case, be and the same, transferred to the calendar of the Honorable Donald M. Middlebrooks for all further proceedings. It is

FURTHER ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the following number and name: **Case No. 00-6127-CR-MIDDLEBROOKS**, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

THE FOREGOING transfer of Case No. 00-6127-CR-MIDDLEBROOKS is herewith consented to this 14th day of June, 2000.

_____
DONALD M. MIDDLEBROOKS
United States District Judge

Copies furnished to:

Jeffrey N. Kaplan, AUSA

Howard Greitzer, Esquire
600 N.E. 3rd Avenue
Ft. Lauderdale, FL 33304

**Related Case No. 99-6266-CR-MIDDLEBROOKS**