

ORDER
GRANTED: X   DENIED: ☐
delete drug testing
[signature]
U.S. MAGISTRATE JUDGE BARRY S. SELTZER
DATE: 6/29/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

STANLEY LERNER,
    Defendant.
_____/

CASE NO. 00-6127-CR-MIDDLEBROOKS

FILED
JUN 30 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO DELETE DRUG TESTING REQUIREMENT

COMES NOW the Defendant, STANLEY LERNER, by and through his undersigned counsel, and files this his Motion to Delete the Drug Testing Requirement as set forth by the Honorable Magistrate Judge Barry S. Seltzer as a condition of the Defendant's bond and as grounds therefor states as follows:

1.   The Defendant appeared before the Honorable Magistrate Judge Barry S. Seltzer pursuant to a stipulated bond of $50,000.00 personal surety. The Court imposed an additional requirement of drug testing subject to later review.

2.   On June 27, 2000, contact was had with Gavin B. Churchill, the United States Pretrial Officer, who advised that the Defendant

Rec'd in MIA Dkt 7/5

has been tested and that he has not failed a drug test. Mr. Churchill further indicated that he has no objection to the deletion of this requirement.

3. As further basis for the Defendant's request, Defendant has been on pretrial release for a companion case, <u>United States Of America vs. Stanley Lerner</u>, Case Number 99-6266-CR-MIDDLEBROOKS, and has been on bond on that case since December 9, 1999 as set by the Honorable Chief Magistrate Judge Lurana S. Snow and has not been the subject of any violation as to said bond.

4. The Defendant will turn 68 years of age on August 7, 2000.

5. On June 27, 2000, contact was had with Assistant United States Attorney Jeffrey Kaplan who advised that he has no objection to deleting the drug testing requirement from the conditions of bond as set by this Court.

WHEREFORE, the Defendant respectfully requests this Honorable Court to delete the drug testing requirement as a condition of his bond upon the grounds set forth herein.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by U.S. Mail this 28th day of June, 2000 to Jeffrey N. Kaplan, Esquire, United States Attorney's Office, 500 East Broward

Boulevard, Seventh Floor, Fort Lauderdale, FL 33301; and to Gavin B. Churchill, United States Pretrial Services, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301.

                                          LYONS AND SANDERS CHARTERED
Attorneys for Defendant
600 NE Third Avenue
Fort Lauderdale, FL 33304
Telephone: (954)467-8700
Facsimile: (954)763-4856

BY _____
HOWARD L. GREITZER
FLORIDA BAR NO. 249505