

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 99-6266-CR-MIDDLEBROOKS
00-6127-CR-MIDDLEBROOKS  (Defendant Lerner Only)

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

STANLEY LERNER,
MICHAEL BLANCHETTE,
JOSEPH VEGAZO,

        Defendant(s).
_____/

### RE-NOTICE OF HEARINGS

PLEASE TAKE NOTICE that the above-entitled cause is hereby reset for Sentencings on March 20, 2001 at 4:30 p.m., before the the Honorable Donald M. Middlebrooks, United States District Judge, at the United States Courthouse, 301 N. Miami Avenue, Courtroom 6, on the Sixth Floor, Miami, Florida..

                              HONORABLE DONALD M. MIDDLEBROOKS
                              UNITED STATES DISTRICT JUDGE

DATED:  August 18, 2000        CLARENCE MADDOX
                              COURT ADMINISTRATOR • CLERK OF COURT

                              By: _____
                              Joyce L. Walden
                              Courtroom Deputy Clerk



cc: Jeffrey Kay, AUSA
Howard Greitzer, Esq.
Michael Styles, Esq.
H. Dohn Williams, Esq.
U.S. Pretrial Services Office
U.S. Marshals Service