UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 99-6266-CR-MIDDLEBROOKS
                            00-6127-CR-MIDDLEBROOKS

    Plaintiff,

vs.

STANLEY LERNER,

    Defendant.
_____/

**MOTION FOR SPECIAL TRAVEL PERMIT**

COMES NOW the Defendant, STANLEY LERNER, by and through his undersigned counsel, and files this his Motion For Special Travel Permit and as grounds therefor states as follows:

1. Pursuant to the Court Orders setting a personal surety bond in the amount of $50,000.00 for each of the above-referenced cases, the Court imposed a special condition that Defendant not leave the state of Florida.

2. Defendant would like to travel for the Thanksgiving holiday to visit with family and friends.



3. Defendant has obtained non-refundable round-trip airline tickets. Defendant would leave Fort Lauderdale on November 22, 2000 on Spirit Airlines Flight 752 at 7:25 p.m. and arrive in New York-LaGuardia Airport at 10:25 p.m.

4. The Defendant would reside at the Hotel New Yorker located at 34th Street and 8th Avenue in Manhattan, New York.

5. The Defendant would return to Fort Lauderdale at 5:40 p.m. on November 27, 2000 on Spirit Airlines Flight 171, leaving New York-LaGuardia at 2:40 p.m.

6. On September 7, 2000, defense counsel contacted both Jeffrey H. Kay and Jeffrey N. Kaplan, Assistant U.S. Attorneys, who advised they had no objection to the granting of this motion.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant Defendant permission to travel upon the grounds set forth herein.

I HEREBY CERTIFY that a true and correct copy of the above Motion For Special Travel Permit has been furnished, by mail, this 7th day of September, 2000, to Jeffrey H. Kay, Esquire and Jeffrey N. Kaplan, Esquire, United States Attorney's Office, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, FL 33301; and to

Gavin B. Churchill, United States Pretrial Services, 299 East Broward Boulevard, Suite 301, Fort Lauderdale, FL 33301.

                                              LYONS AND SANDERS CHARTERED
Attorneys for Defendant
600 NE Third Avenue
Fort Lauderdale, FL 33304
Telephone: (954)467-8700
Facsimile: (954)763-4856

BY_____
HOWARD L. GREITZER
FLORIDA BAR NO. 249505