UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,    CASE NO. 99-6266-CR-MIDDLEBROOKS
                                      00-6127-CR-MIDDLEBROOKS

    Plaintiff,

vs.

STANLEY LERNER,

    Defendant.
_____/

### ORDER PERMITTING SPECIAL TRAVEL PERMIT

THIS CAUSE came before the Court upon Defendant's Motion For Special Travel Permit and the Court having reviewed the Motion and being advised in the premises, it is hereby,

ORDERED AND ADJUDGED that the special condition previously entered by the Court restricting Defendant from traveling outside the state of Florida be and the same is hereby modified so as to permit Defendant to travel to New York to visit with family and friends for the Thanksgiving holiday utilizing the following itinerary:

    Defendant shall leave Fort Lauderdale on November 22, 2000 on Spirit Airlines Flight 752 at 7:25 p.m. and arrive in New York-LaGuardia Airport at 10:25 p.m. While in New York, Defendant shall reside at the Hotel New Yorker located at 34th Street and 8th Avenue in Manhattan,



New York. Defendant shall return to Fort Lauderdale at 5:40 p.m. on November 27, 2000 on Spirit Airlines Flight 171, departing New York-LaGuardia at 2:40 p.m.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 11 day of September, 2000.

[signature]

Copies furnished:
Jeffrey H. Kay, Esquire
Jeffrey N. Kaplan, Esquire
Gavin B. Churchill, Pretrial Services
Howard L. Greitzer, Esquire