SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6127-CR-DMM

DEFENDANT STANLEY LERNER (B)              JUDGE MIDDLEBROOKS

Deputy Clerk Carol Hunte                  DATE March 2, 2001

Court Reporter Roger Watford              USPO Georgann Stanley

AUSA Jeffrey ~~Kaplan~~ Kay               Deft's Counsel Howard Greitzer

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
|  |  | 24 | 1 Conc w/case #99-6366-CR-Middlebrooks |

| Supervised Release/Probation | Years | Months | Counts |
|---|---|---|---|
|  | 3 |  | 1 Conc w/case #99-6366 CR-DMM |

COUNTS DISMISSED _____

Comments/Spec. Conds: Participate in inpatient/outpatient mental health trtmt pgm, etc. Provide complete financial disclosure. Prior approv. before self employment.

Assessment $ 100.00       Fine $ 0       Restitution /Other $329,705

### CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution of U. S. Marshal Service) on 4/15/01

Commitment Recommendation: Facility in So. Fla.

Rec'd in MIA Dkt 3/8