<u>IN THE UNITED STATES DISTRICT COURT</u>

<u>FOR THE</u>

<u>SOUTHERN DISTRICT OF FLORIDA</u>

<u>FORT LAUDERDALE DIVISION</u>

|  |  |
|---|---|
| | * |
| | * |
| STANLEY LERNER, | * |
| PETITIONER, | * |
| vs. | *   CASE NO. <u>00-6127-CR-DMM-001</u> |
| UNITED STATES OF AMERICA, | * |
| RESPONDENT. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>MOTION TO REQUEST WHETHER THE PETITIONER IS</u>

<u>ENTITLED TO A DOWNWARD DEPARTURE PERSUANT TO</u>

<u>U.S.S.G. § 5K2.0 FOR POST CONVICTION REHABILITATION</u>



IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| STANLEY LERNER, | * | |
| PETITIONER, | * | |
| vs. | * | CASE NO. 00-6127-CR-DMM-001 |
| UNITED STATES OF AMERICA, | * | |
| RESPONDENT. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION TO REQUEST WHETHER THE PETITIONER IS
ENTITLED TO A DOWNWARD DEPARTURE PERSUANT TO
U.S.S.G. § 5K2.0 FOR POST CONVICTION REHABILITATION

COMES NOW the Petitioner, STANLEY LERNER, Pro-Se, and moves this
Honorable Court to consider a downward departure from the Guidelines persuant
to U.S.S.G. § 5K2.0 for post conviction rehabilitation, since his
incarceration.

The Petitioner was sentenced by the Distrct Court at West Palm Beach,
Florida, by the Honorable Judge Donald M. Middlebrooks, to a term of
incarceration of twenty four (24) months, and is currently confined at the
Atlanta Federal Prison Camp, in Atlanta, Georgia. The Petitioner's Register
Number is 55107-004. The mailing address for the Institution is Atlanta
Federal Prison Camp, P.O. Box 150160, Atlanta, Ga. 30315-0182.

Since his incarceration the Petitioner has rehabilitated himself and increased his maturity by his efforts, work, and through schooling.

The Petitioner request that the Court will consider a downward departure in the instant offence persuant to U.S.S.G. § 5K2.0.

The Supreme Court of the United States has given the green light to downward departures for any reason not prohibited by the Guidelines. Koon vs. United States; 518 US_____, 116 S. Cr. 2035, 135 L. Ed. 2d 392 (1996). The latest basis for a downward deaprture includes:  Job loss to innocent employees, United States vs. Olbres; 99 F.3d 28 (1st Cir. 1996); and community service, Crause vs. United States; _____U.S._____, 136 L. Ed. 2d 3 (Oct. 7, 1996)(vacating for the 6th Circuit's decision of 78 F. 3d 1097 and remanding for further consideration in light of Koon).

A downward departure may be appropiate if the conduct in question or circumstances of the Case falls outside of the heartland of the typical conduct described by each of the Guideline provisions, United States vs. Chotas; 968 F. 2d 1193 (11th Cir. 1992). A sentecing court may depart even if the circumstances presented by the Case vary only in degree from that embodied by the Guidelines. Id. at 1195; United States vs. Ponder; 963 F.2d 1506 (11th Cir. 1992); See also U.S.S.G. Ch. 1 Pt A4(b).

Under the U.S.S.G. § 5K2.0, the sentencing Court may impose a sentence outside the range established by the applicable Guidelines if the Court finds that there are aggravating or mitigating circumstances of a kind or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the Guidelines that should result in a sentence different from that described.

Sometimes one factor may not be sufficient to qualify the defendant for a downward departure; however, multiple factors taken together may make

(2)

a case sufficiently unusual to warrant departure. United States vs. Ramirez; 792 F. Supp. 922, 927 (E.D. N.Y.); United States vs. Rivera; 994 F.2d 942, 947 (1st Cir. 1993). Even where the factors are intermingled with improper grounds, the remaining factors that are acceptable will not change the Court's authority and decision for a downward departure. United states vs. Alba; 933 F. 2d 1117 (2nd Cir. 1991); United States vs. Franklin; 902 F. 2d 501, 508-509 (7th Cir.) cert. denied, _____ U.S._____, 111 S.Ct. 1144, 107 L.Ed. 2d 229 (1990); United States vs. Rogriguez; 882 F. 2d 1059, 1068 (6th Cir.1989), cert. denied, _____U.S. _____, 110 S. Ct. 1144, 107 L. Ed. 2d 1048 (1990) (stating, in dicta, that the better approach is to affirm a departure if the amount of departure is reasonable), cert. denied, _____U.S. _____, 111 S.Ct 1608, 113 L.Ed.2d 670 (1990), primarily because such approach is most consistent with the reasonable standard of departure under U.S.C. § 3742(e)(3). See Hummer; 916 F. 2d at 195 n.8 and Franklin; 902 F.2d at 508-09.

In the United States Supreme Court case of Williams vs. United States; 503 U.S. 193, 117 L.Ed. 2d 341, 112 S.Ct. 1112 (1992) the Court held that a Federal District Court's departures from the United States Sentencing Guidelines sentencing range is valid whether the departure is based on valid or invalid factors. The Court interpreted 18 U.S.C. § 3742 (f) (2) and held that a sentence can be "reasonable" even if some of the reasons given by the District Court to justify a departure from the presumptive guidelines range are invalid, provided that the remaining reasons are sufficient to justify the magnitude of the departure.

It is clear that the Court must first identify those facts, events and circumstances that are mitigating or unusual of a kind or to a degree not adequately taken into consideration by the Sentencing Commission in

, (3)

formulating the Guideline.    U.S.S.G. § 5K2.0 <u>United States vs. Taylor</u>; 88 F. 3d 938, 945 (11th Cir. 1996).    The totality of the facts, events and circumstances "may well converge to create the unusual situations not contemplated by the Commission".    <u>United States vs. Parham</u>; 16 F. 3d 844, 848 (8th Cir. 1994).

The Supreme Court Case of <u>Koon vs. United States</u>; _____ U.S _____, 116 S.Ct. 2035, 135 L.Ed. 2d 392 (1996) established an abuse of discretion test for downward departures.    <u>United States vs. Bernal</u>; 90F. 3d at 467. The <u>Koon</u> case held that The Sentencing Reform Act of 1984 (the "Act") did not eliminate all the District Court's sentencing discretion, and the sentencing court is not limited to departures that only satisfy the statutory sentencing goals of deterrence, incapacitation, retribution, and correction. <u>See also</u> <u>United States vs. Pullen</u>; 89 F. 3d 368 (7th Cir. 1996); and that the sentencing court will be given " substancial deference" to its departures.    <u>United States vs. Weise</u>; 89 F. 3d 502, 506 (8th Cir. 1996); <u>United States vs. Sablan</u>; 59 Crl 1416, No. 94-10534.

The <u>Koon</u> Case also provided "the following analysis for determining whether a departure from the applicable Guidelines is warranted".

    1.    What features of this case potentially take it outside the Guidelines 'heartland' and make it a special, or unusual case?

    2.    Has the Commission forbidden departures based on those features?

    3.    If not, has the Commission encouraged departures based on these features?

    4.    If not, has the Commission discouraged departures based on those features?

<u>See United States vs. Taylor</u>; 88 F. 3d 945; <u>Koon</u>, <u>supra</u>, at 2045.

The <u>Koon</u> opinion then discussed its applications as follows:

(4)

> ... If the special factor is a forbidden factor, the
> sentencing court cannot use it as a basis for departures. If
> the special factor is an <u>encouraged factor</u>, the Court is
> authorized to depart if the applicable Guidelines does not
> already take it into account. If the special factor is not
> discouraged, or an encouraged factor already taken into account
> by the applicable Guideline, the Court should depart only if
> the factor is present only to an exceptional degree or if in
> some other way makes the case different from the ordinary case
> where the factor is present. If the factor is unmentioned in
> the Guidelines, the Court must, after considering the structure
> and theory of both relevant individual Guidelines and the
> Guidelines taken as a whole, decide whether it is sufficient
> to take the case out of the Guidelines heartland. The Court
> must bear in mind the Commission's expectation that departures
> based on grounds not mentioned in the Guidelines will be highly
> infrequent.

Taylor, supra, at 946; Koon, supra, at 2045 (citations and internal

quotations marks omitted).

In other words, departures are reserved for the "unusual" cases

where there is something atypical about the defendant or the circumstances

surrounding the commission of the crime. United States vs. Holland; 22 F.

3d 1040, 1047 (11th Cir. 1994); cert. denied, 500 U.S. 933, 111 S.Ct. 2056,

114 L.Ed. 2d 461 (1991).

Sentencing Guidelines departures criteria cannot be deemed imper-

missible in all circumstances unless categorically foreclosed by the

Sentencing Commission. U.S.S.G. § 5K2.0; United States vs. Hardy; 99 F.

3d 1242 (1st Cir. 1996).

In addition the Supreme Court in the Koon case held that generally

courts should not categorically reject a factor as a basis for departure

from a Guideline sentence because:

> Congress did not grant federal courts authority to decide what
> sorts of sentencing considerations are inappropiate in every
> circumstance. Rather U.S.C. § 3553(b) instructs a court that,
> in determinig whether there exists an aggravating or mitigating
> circumstance of a kind or to a degree not adequately considered,

> it should consider "only the Sentencing Guidelines Policy
> Statements and official commentary of the Sentencing
> Commission."....
> The Commission set fort factors courts may not consider under
> any circumstance but made clear that with those exceptions, it
> "does not intend to limit the kinds of factors, whether or not
> mentioned anywhere else in the Guidelines, that could constitute
> grounds for departure in an unusual case". 1995 U.S.S.G., Ch.
> I, Pt. A Intro. Comment 4(b).
>
> Thus, for the Courts to conclude a factor must not be considered
> under any circumstance would be to transgress the policy making
> making authority vested in the Commission.

Koon, supra, at 2045 (emphasis added).

It is well founded in the law that a statute abrogates federal common law if it "speak[s] directly to the question addressed by the common law;" however, it is not necessary for Congress to "affirmatively proscribe" the commom law. Astoria Fed. Sav. & Loan Ass'n vs. Solimino; 501 U.S. 104, 105108, 111 S.Ct. 2166, 2168-70 115 L.Ed. 2d 96 (1991). The statutory language governs the Court's interpretation unless clearly expressed, contrary legislative intent exists. Kaiser Aluminum & Chem. Corp. vs. Bonjorno; 494 U.S. 827, 110 S.Ct. 1570, 108 L. Ed. 2d 842 (1990); F.D.I.C. vs Bates; 42 F.3d 369, 371 (6th Cir. 1994).

Petitioner's position is that under Chapter Five (5) of the Sentencing Guidelines, the Court can consider a departure "only if the factor present in an exceptional degree or in some other way makes the case different from the ordinary case where the factor is present. Koon, supra, at _____. In United States vs. Griffiths; 954 F. Supp. 738 (D. Vt. 1997), the Court granted a downward departure for "extraordinary rehabilitation efforts and in the light of the totality of the circumstances". Id. at 741. The defendant in Griffiths had become involved in both drugs and drug sales, including three (3) sales of LSD, one of which was for one thousand (1,000)

hits, over an eight (8) month period.    Aided by his family and after his arrest, the defendant "turned his life around dramatically", becoming involved in intensive drug counseling, obtaining jobs and performing well at them, furthering his education, and engaging in community service.    The same scenario that the District Court departed in <u>Griffiths</u>, in the post-conviction rehabilitation that the Petitioner requests this Court to consider in the instant case. <u>See also</u> <u>United States vs. Shasky</u>; 939 F. Supp. 695 (D. Neb. 1996).

In the instant case the Petitioner was sentenced to a term of twenty four (24) months.    He received a 5K1.1 Motion from the U.S. Attorney for substancial assistance given to the Government.    In fact the Petitioner was the first Defendant to come forward admit responsability and cooperate.    In fact Petitioner volunteered to be wired to obtain indisputable proof against the main defendant in this case, who prior to the trial died as a result of a serious auto accident, one <u>James 'Jim' Christenson</u>.    This offer was on the lip of being effectuated when it was called off by the U.S. Attorney, due to Mr. Christenson being represented by counsel.    The U.S. Attorney's office thought this might be considered improper tacticts and non-acceptable evidence obtained by his office.    Petitioner's cooperation extended to the State of Florida's Comptrollers Office and the Internal Revenue Service.

The Petitioner is very close to his wife, step children, offspring, and family.    The Petititoner's wife Agusta Vono-Lerner's letter is attached and made a part hereof.    The Second Circuit has granted a downward departure for extra ordinary family circumstances in <u>United States vs. Galante</u>; 111 F. 3d 1029 (2nd Cir. 1997).

After the initial charge Petitioner started his post-arrest, and pre/post conviction rehabilitation.

Petitioner without any prescription and of his own volition volunteered at the Local Chapter of the Broward County Boys and Girls Club located at N.W, 2nd Street and 4th Avenue, Fort Lauderdale, Florida. At this chapter knowing no one he volunteered to work. The Director Mrs. Brenda Fullmore took his application and sent him to obtain blood tests and urine analysis. After completion of these tests and interviews he went to work for the Nan Knox Boys and Girls Club. The work schedule was five (5) days a week from 3:00 P.M. to 6:00 P.M., plus nights when there were Inter Club Basketball games, dances or other events. Volunteer schedule also extended to weekends as Chaperon and Group Leader to Golf Tournaments and Miami Dolphin's Football games. Petitioner's volunteering was done with a full heart, love, and affection for the chidren without any reservations. The Boys and Girls Club honored Petitioner as one of the Volunteers of the Year. Petitioner informed Director Mrs. Brenda Fullmore of his present personal situation and of taking responsability in the instant case. The position of The Boys and Girls was and still is that, this was not a criminal offense which could possibly place the children in any compromising or potentially dangerous situation. Petitioner's duties at the Boys and Girls Club consisted of tutoring in arithmetic, spelling, vocabulary, reading, and general school work, this tutoring was done on a one to one basis and in small groups, also included was basic computer functions, and weight training.

Petitioner conducted a special program in conjunction with the City of Fort Lauderdale Police Department, called "KIDS IN CONTROL", this program is an attempt to educate, have interplay, with individual and group participation in situations which produce a safer more moral and tolerant youth society.

(8)

Part of the program inwhich Petitioner participated was helping children from minority backgrounds deal with "anger management", safety rules and personal compliance with the law. Petitioner never missed a day of work except for a brief hospital stay.

Petitioner suffered a severe heart problem while he was incarcerrated in Miami, Florida, awating designation by the Bureau of Prisons to an Institution. During that time Petitioner was hospitalized at Jackson Memorial Hospital for six (6) days, [Note: Copy of Hospital Record is attached]. A device called a <u>defibrillator</u> made by <u>Medtronic U.S.A.</u> which has a two-fold function which not only paces the heart beat but re-starts the heart in case of an emergency was implanted in the Petitioner during his hospital stay on April 19, 2001. [Note: Copy of letters from Alberto Interian, M.D. Chief Cardiologist at Jackson Memorial Hospital are attached].

After release from the hospital Petitioner was sent to Devens Medical Center a B.O.P. facility in Ayers, Massachusets for internment. At Devens Medical Center Petitioner worked as a tutor in the Education Department. Petitioner not only carried out his required teaching curriculum but also did individual tutoring from 8:00 A.M. to 3:30 P.M. Besides this schedule Petitioner volunteered to tutor at night and on weekends. His tutoring encompased GED and GED preparation (pre-GED), Math, English, and English as a Second Language (ESL), plus he helped the students develop the ability to write essays and letters in English. Petitioner studied and improved his own language skills as part of his rehabilitation. This work served as a preview of Petitioner's future vocational goal as a teacher of English as a second Laguage. The South Florida area is overwhelmed with Latin background residents seeking a new life and the need for English education

(9)

is a must to further their educational, vocational, and citizenship progress. This is a special and much needed skill in his community.

Since his arrival at Atlanta Federal Prison Camp, Petitioner has continued his post-conviction rehabilitation by enrolling in study courses through the mail. First, a psychology course entitled "Psychology Applied to Modern Life". The course is an adjustment survey. It serves as a point of departure for more learning. The theme is taking charge of one's own life. The notion that active coping efforts are superior to passivity. The course has helped Petitioner understand his stress, and most important see through social influence tactics. Petitioner has rehabiliatted himself in the taking of this course through building of self steem. This course grants three (3) college credits. Second, a business course, "Accounting, A Business Perspective". This is a first year accounting course. This course in accounting has significantly benefited Petitioner. This has better prepared him for his responsability in administering a Language School, and with decision making with the use of accounting information. Accounting properly used will be a powerful tool in creating information to improve decisions that will affect business. This rehabilitation develops "Critical Thinking" which makes for the analysis of financial statements, ethics cases, and team projects.

This course focuses Petitioner on 'Ethical Prospectives' and also grants three (3) college credits. [Note: Copy of graded homework assigments attached].

Petitioner participates with the ALEPH ORGANIZATION OF SURFSIDE, in Miami Beach, Florida in which he does religious reading and activities by correspondence. [Note: See exhibits attached].

At the Federal Prison Camp in Atlanta, Petitioner is employed as a Clerk Administrator, in the Construction Deapertment, his tasks include but are not limited to, ordering supplies, keeping construction records, payroll and minor rehabilitation projects. Petitioner's monthly work evaluations have been scored outstanding by his supervisor and the Institution. [Note: See exhibits attached].

Petitioner is now sixty-nine (69) years old, and has suffered a severe halth set back with permanent heart problems. Petitioner is a Korean War Veteran, served four (4) years in the reserves, and two (2) years in active duty, he then received an Honorable Discharge with comendations and numerous medals.

Since post-conviction rehabilitation is not a forbidden factor, the Petitioner requests that this Honorable Court consider a downward departure in the instant case (offence), based upon decisions rendered in United States vs. Duce; 975 F. Supp. 17 (D.C. Cir. 1997), United States vs. Sally; 116 F. 3d 76 (3rd Cir. 1997), United States vs. Brock; 108 F. 3d 31 (4th Cir. 1997), and United States vs. Rhodes; 145 F. 3d 1375 (D.C. Cir. 1998).

Petitioner has no prior criminal record, having honorably served during the Korean War and being a model parent raised three (3) children who are superb citizens, their professions run the gamut from Physician, Broward County Court Judge, to Engineer.

The Petitioner has endevored to turn his life around by obtaining all the education that he can while encarcerrated, and by helping in the community.

The factors mentioned above should indicate to the Court that the Petitioner is deserving of a downward departure, of two (2) levels.

Wherefore, Petitioner requests that this Honorable Court evaluates this Motion based on its merits, and uses compassion and understanding to reach a downward departure based on extra ordinary post-conviction rehabilitation efforts, and that these rehabilitation efforts carry forth into effect the qualifications to grant the Relief requested.


C O N C L U S I O N


NOW COMES, Petitioner and prays that this Honorable Court will grant a Two (2) Level Reduction for post-conviction rehabilitation. Relief requested would appropriately and reasonably reflect Petitioner's efforts to better himself in order to be able to reintegrate back into society a full and more productive human being thus would reflect complete post-conviction rehabilitation.


_September 18, 2001_
_____
Date

_____

STANLEY LERNER, Pro-Se
Reg. No. 55107-004
FEDERAL PRISON CAMP
UNIT A-15
P.O. BOX 150160
ATLANTA, GA  30315-0182

(12)

## CERTIFICATE OF SERVICE

I STANLEY LERNER do hereby certify that the forefoing MOTION has

on this _18th_, day of _September_, 2001, been placed in the Institutional

Mail Deposit, with sufficient postage affixed, and copies sent to the

following:

1.  MR. JEFFREY KAY, ASSISTANT U.S. ATTORNEY
    500 EAST BROWARD BLVD.
    7th FLOOR
    FORT LAUDERDALE, FLORIDA  33394

2.  HOWARD M. MIDDLEBROOKS, DISTRICT COURT JUDGE
    701 CLEMANTIS STREET
    WEST PALM BEACH, FLORIDA  33401

3.  CLERK OF THE UNITED STATES DISTRICT COURT
    FEDERAL DISTRICT COURT
    299 EAST BROWARD BLVD.
    FORT LAUDERDALE, FLORIDA  33301


STANLEY LERNER, PRO-SE
REG. NO. 55107-004
UNIT A-15
FEDERAL PRISON CAMP
P.O. BOX 150160
ATLANTA, GA  30315-0182

(13)

To:    Stanley Lerner - reg# 55107-004
        Atlanta SCP
From: Augusta Vono-Lerner

        July/25/01

To whom it may concern

Dear sirs,

The purpose of my letter is to express myself about my husband, Stanley
Lerner, since I do not have the possiblitily of talking to you personally.
Since I met Stan, 2 years ago, we have developed a close friendship and a
deep and sincere love. The first thing he talked to me, the second time we
met, was to explain his situation and what it was to come as a consequence
of the lawsuit he was going through. I thought this was the first indication
that I was in front of a man I could trust. He was very respectful to me in
this regards and our relationship grew and developed always based on
respect and sincerity. Since then, because of our mutual feeling of love, I
decided to stay near him and give him support in whatever he needed based
on the fact that he was truthfully regretting what happened with him in the
past. My rational behind all this was very simple:
if God had not forgiven him why would HE give this new opportunity to him to
start a new life with a new wife who loves him, cherishes him and is a true
friend? If God forgave him why shouldn't I?
When everything came to the surface I was not with Stan. Then his ex-wife
asked for divorce and his children reacted very negativelly to the situation.
He suffered a lot since he always was a family man, always doing whatever
he could to please them. Only this would have been enough to pay back what
he owed.
 It is not very difficult for a woman who is perceptive to understand when
someone is repented sincerely. And Stan really is.
I also discovered in him a great heart able to love without any judgement or

criticism and willing to please everybody especially those of his family.

We got married last year in August and we have had a wonderful relationship despite all the suffering from the whole situation and the anxiety as the day of his encarceration was approaching.

But we were strong and were leaning on each other and in God.

At his age, and after suffering the heart surgery he went through as a consequence of all this ordeal, he deserves clemency based on the fact that by getting home confinement he will be serving his punishment the same way, but in a more humane condition.

That is the reason I am writing this letter to the authorities who have the power of decision in such matter.

I ask you, with all my respect and humble attitude, to permit that my husband, Stanley Lerner reg # 55107-004, now in Atlanta at the camp, come home in Fort Lauderdale for home confinement as soon as possible. He already has a job which will make things easier for him to pay back his 25%, this job is giving him health insurance so that he will not be a burden for the government in any sense and I can assure and promise you that he will never be back to the mortgage business again. I am here to share everything with him and to, hand in hand, walk through the safest and most correct track throughout our lives.

Stan will be 70 years old next year. We took our whole life to meet true happiness so every minute counts for us.

I hope you can understand my " confession " as a document that can serve as a testimony about a man I know so well now.

Respectfully,

Augusta Wong-Lerner
1625 SE 10th Ave. apt. 203
Fort Lauderdale, FL 33316
phone: 954-524 5870



# BOYS & GIRLS CLUBS OF BROWARD COUNTY

ADMINISTRATIVE OFFICE
1401 NORTHEAST 26TH STREET, FORT LAUDERDALE, FLORIDA 33305
(954) 537-1010 · FAX (954) 537-1070

**BOYS & GIRLS CLUBS
OF BROWARD COUNTY**

R... ...ase, Chairman
Judith Avey, President

**VICE PRESIDENTS**
Michael McMullan, *Finance*
Garry Johnson, *Personnel*
Carl Mayhue, *Endowment*
Jon Krupnick &
Donald Medalie, *Legal*
Donald Medalie, *Investments*
James Cummings &
Charles Radice, *Property Management*
Nancy Knox, *Program*
Julie Berry &
Dean Jordan, *Public Relations*
Ralph Marrinson, *Long Range Planning*
Thomas Miller, *Honda Classic*
Gary Rotella &
Ken Denison, *Development*
Alan Goldberg &
Gerald Morris, *Unit Boards*
Ned D. Black &
Keith Bowman, *Risk Management*
Elizabeth Clark, *Special Projects*
William Rotella &
Linda Gill, *Business & Industry*
Kaye Pearson &
Richard H. Evans, *WestFair*
Ted Morse, *Auto Show*
Claudette Bonville, *Rendezvous*
Julie Berry, *Dinner Auction*
John Barbee, *Treasurer*
Dr. Harold Reitman, *Secretary*
Nora Novsebian, *President*
*Women's Division*

**BOARD OF DIRECTORS**
Hugh Anderson
Bill Armstrong
Jeff Atwater
John J. Avey, Jr.
Peter Bellorno
Ron Bergeron
Bill Bodenhamer
... Bonner
... ...ne
... ...atlette
... ...nstock
John T. Cooney
George Cooper *
Steve Dechert
Michelle DiMaria
Tim Elmes
Honorable C. M. Fines *
Michael A. Fischler
Walter H. Gahagan, Jr.*
Desorae Giles
Imelda Gormley
Barbara Hall
J. William Hamfin
John P. Hart
Michael J. Held
Dr. Robert Helmholdt
Paul B. Henry
H. Wayne Huizenga
Marti Huizenga
Kathie Jackson
Dean Jordan
Comm. Ilene Lieberman
O. Mike Marinelli*
Mildred Mariner
Mickey Markoff
Debbie Mason
Thomas McDonald
Larry McGinnes
Albert Miniaci
Richard Mooney
Earl Morrall
Max. B. Osceola, Jr.
Dave Pedersen
Charles Radice
Harvey E. Ramsey
D. Riley Richardson
Michael Robinson
Jon. V. Rode*
Ramon Rodriguez
Carolyn Russell
Nicholas Rutsis
George Schoenbacher
William E. Slaughter, Jr.*
Harris Solomon
Brent Spechler
William Stephenson
Phil Talbott
William Thies, Jr.
Wanda Townsend
Kathleen Waltz
E. Carol Webster, Ph.D.
Michael Weinberg
Davis Weir*
Louis W. Witt, Jr.
Pete Woods

**EXECUTIVE DIRECTOR**
David T. Hughes

*Deceased

March 27, 2000

Mrs. Georgeann Stanley
Parole Department
United States Courthouse
1099 East Broward Boulevard
Fort Lauderdale, Florida 33301

Dear Mrs. Stanley:

This letter serves a character reference on behalf of Stanley Lerner. I have known Stanley Lerner for the past year and a half as an active volunteer at the Nan Knox Boys & Girls Club. During that time, Stanley has demonstrated his passion for the community and the children immeasurably.

The Nan Knox Boys & Girls Club is comprised of youth ranging from 7 to 18 years of age with serious problems in the areas of family relationships, academic performance, and self-esteem. Stanley makes it a point to spend time with teens on a one-on-one basis to instill them a sense of respect for themselves and others, and the importance of setting goals and having the determination to achieve those goals. He has spent countless hours in teaching the members of this unit the importance of safety awareness through the Kids In Control program. The Kids In Control program entails bringing police departments, fire departments and other civic organizations into the club, which encompasses the safety needs of the community.

Stanley has been unselfish in his giving and his care even though he suffers from severe asthma. A recent bout with a serious heart condition, which progressed into an angioplasty, prevented him from volunteering for a month. During that month, he faithfully called every other day to communicate with the club members to ensure their continued focus and motivation on the many programs that were being implemented.

LESTER H. WHITE UNIT 2621 SOUTHWEST 15TH STREET, FORT LAUDERDALE, FLORIDA 33312 (954) 581-0650
NAN KNOX UNIT 832 NORTHWEST 2ND STREET, FORT LAUDERDALE, FLORIDA 33311 (954) 463-6392
THOMAS D. STEPHANIS UNIT 212 NORTHWEST 16TH STREET, POMPANO BEACH, FLORIDA 33060 (954) 941-2697
WILLIAM E. SLAUGHTER, JR. UNIT / S. ROBERT LEVINE CAMPUS 7201 KIMBERLY BOULEVARD, NORTH LAUDERDALE, FLORIDA 33068 (954) 726-3927
MARTI HUIZENGA UNIT 1111 NORTH 69TH WAY, HOLLYWOOD, FLORIDA 33024 (954) 983-0626
LAUDERHILL UNIT 5455 NORTHWEST 19TH STREET, LAUDERHILL, FLORIDA 33313 (954) 731-3552
DR HAROLD REITMAN UNIT 3025 WEST BROWARD BOULEVARD, FORT LAUDERDALE, FLORIDA 33311 (954) 797-7097
CARVER RANCHES UNIT 2205 SOUTHWEST 44TH AVENUE HOLLYWOOD, FLORIDA 33023 (954) 967-8787
DAVIE UNIT 7481 NORTHWEST 33RD STREET DAVIE, FLORIDA 33024 (954) 433-9000
CREATIVE ARTS UNIT 2200 NORTHWEST 9TH AVENUE FORT LAUDERDALE, FLORIDA 33311 (954) 566-8005



*Stanley Lerner Recommendation*
*March 27, 2000*
*Page 2*

Recently, Stanley disclosed this pending situation to prepare us for forthcoming circumstances which prompted me to write this letter of reference. At sixty-seven years of age, Stanley's character can be described as warm, passionate, open-minded, and faithful. His personal commitment to many worthwhile causes enables him to set and accomplish larger goals, which is a sterling example for the youth we serve.

As the Service Director of the Nan Knox Boys & Girls Club, Stanley can be considered a model volunteer. He has earned my respect in the highest regards and can be considered an outstanding volunteer, role model, and friend.

Due to Stanley's outstanding contributions and dedication to the Nan Knox Boys & Girls Club, we hope that this letter will serve as a validation of his character and stability and that you will find favor on Stanley's behalf that he may continue his work at the Nan Knox Boys & Girls Club.

Very truly yours,

Brenda Fulmore, Service Director

Nan Knox Boys & Girls Club
832 NW 2nd Street
Fort Lauderdale, Florida 33301
(954) 463-8933 or (954) 463-6392

PROCEDURE: Electrophysiology study.

OPERATORS: ATTENDING: Alberto Interian, Jr., M.D.
           FELLOWS:  Peter V. Garcia, M.D.
                     Robert P. Styperek, M.D.

BRIEF HISTORY: This is a 68-year-old white male with a history of hypertension and coronary artery disease who is now admitted with exertional syncope as well as documented symptomatic complete heart block. Electrophysiology study is being performed to evaluate for inducible arrhythmias as the patient has a history of cardiomyopathy as well as conduction disease.

PROCEDURE: After written and informed consent was obtained, the patient was brought to the electrophysiology suite where he was prepped and draped in the usual sterile fashion. Conscious sedation was maintained throughout the procedure using intravenous Versed and intravenous fentanyl. Using modified Seldinger technique, a 6-French and a 7-French Hemaquet were placed in the right femoral vein. Next, under fluoroscopic guidance, two 6-French, Bard, quadripolar, Josephson-curve electrophysiology catheters were advanced through the venous Hemaquets and positioned in the high right atrium and the His bundle region. Baseline conduction intervals were recorded followed by evaluation of sinus node function with incremental atrial pacing at 30-second intervals from cycle lengths of 600-300 msec. All sinus node recovery times and corrected sinus node recovery times were within normal limits. At this point, atrial pacing protocol was performed with incremental atrial pacing as well as programmed atrial stimulation with one drive train cycle length and up to one extrastimulus delivered. Next, the high right atrial catheter was advanced into the right ventricular apex where we performed ventricular pacing protocol consisting of incremental ventricular pacing as well as programmed ventricular stimulation with one drive train cycle length and up to three extrastimuli delivered. At baseline during ventricular programmed stimulation at 600-190-190-190, the patient had sustained monomorphic ventricular flutter with a cycle length of 200 msec, and this was not pace terminable and required a 360-Joule DC shock to convert to normal sinus rhythm. At this point, the procedure was deemed complete. The patient remained in the electrophysiology suite for implantation of AV sequential ICD.

---

**ELECTROPHYSIOLOGY LABORATORY**      Page 1      NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                     HOSP#: 2862286
  Miami, Florida 33136                            DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

FINDINGS:

1.  ELECTROCARDIOGRAM:

    Preprocedural electrocardiogram revealed normal sinus rhythm with right bundle branch block and left anterior hemiblock. Post-procedural electrocardiogram was unchanged.

2.  CONDUCTION INTERVALS:

    At baseline, the cycle length was 910 msec with an AH interval of 81 msec and an HV interval of 83 msec.

3.  SINUS NODE FUNCTION:

    Incremental atrial pacing was performed at 30-second intervals from cycle lengths of 600-300 msec.  The longest documented sinus node recovery time was 1240 msec with the longest corrected sinus node recovery time being 330 msec; these values are within normal limits.

4.  ATRIAL PACING:

    At baseline, AV nodal ERP was 700-320 with Wenckebach of the AV node at 400 msec.

5.  VENTRICULAR PACING:

    At baseline, RV apex ERP was 600-200 with VA dissociation at baseline.

6.  ARRHYTHMIAS:

    During ventricular programmed stimulation at 600-190-190-190, the patient had sustained ventricular flutter with a cycle length of 200 msec, which was not pace terminable and was terminated with a 360-Joule DC shock.

CONCLUSION:

1.  Advanced His Purkinje disease.

2.  Easily inducible monomorphic ventricular tachycardia.

---

**ELECTROPHYSIOLOGY LABORATORY**      Page 2      NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                     HOSP#: 2862286
  Miami, Florida 33136                            DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

COMMENTS AND RECOMMENDATIONS:  This 68-year-old white male with a history of coronary artery disease and cardiomyopathy admitted with an exertional syncopal episode and evidence of complete heart block underwent electrophysiology study which confirmed advanced His Purkinje disease as well as easily inducible monomorphic ventricular tachycardia.  At this point, AV sequential ICD implantation is recommended.  The patient will remain in the electrophysiology suite for performance of this procedure, as prior consent has been obtained.

_____
Peter V. Garcia, M.D.
Electrophysiology Fellow


_____
Robert P. Styperek, M.D.
Electrophysiology Fellow

"As the undersigned teaching physician, I have participated in and supervised the procedure described above.  I have reviewed the findings in the case with the resident and agree with the report."

_____
Alberto Interian, Jr., M.D.
Director, Electrophysiology Laboratory

(CA0424AW.4)
R: 04-23-01/T: 04-24-01

cc:  Peter V. Garcia, M.D.
     Robert P. Styperek, M.D.
     Alberto Interian, Jr., M.D.
     JMH Medical Records

| | | |
|---|---|---|
| **ELECTROPHYSIOLOGY LABORATORY**  Page 3 | NAME:  LERNER, STANLEY |
| **JACKSON MEMORIAL HOSPITAL** | HOSP#: 2862286 |
| Miami, Florida 33136 | DATE:  4/19/01 |
| ELECTROPHYSIOLOGY LABORATORY REPORT | |

PROCEDURE:  Left heart catheterization with coronary angiography.

OPERATORS:  ATTENDING:  Alberto Interian, Jr., M.D.
            FELLOWS:    Peter V. Garcia, M.D.
                        Robert P. Styperek, M.D.

BRIEF HISTORY:  This is a 68-year-old white male with a history of
coronary artery disease, status post angioplasty, who is now
admitted with an exertional syncopal episode and subsequent
documented symptomatic third-degree heart block.  Cardiac
catheterization is being performed to rule out recurrent critical
coronary artery disease.

PROCEDURE:  After written and informed consent was obtained, the
patient was brought to the electrophysiology suite where he was
prepped and draped in the usual sterile fashion.  Conscious
sedation was maintained throughout the procedure using intravenous
Versed and intravenous fentanyl.  The right inguinal region was
anesthetized with 2% Xylocaine.  Using modified Seldinger
technique, the right femoral artery was cannulated and a 5-French
Hemaquet was placed with guide wire technique.  Next, via this 5-
French Hemaquet, a 5-French JL-4 catheter was advanced with guide
wire technique and used to cannulate the left coronary artery.
Coronary angiography of the left coronary artery was performed in
standard angiographic views.  Next, using guide wire technique, the
5-French JL-4 catheter was exchanged for a 5-French AR-1 catheter,
which was used to cannulate the right coronary artery.  Multiple
angiographic images were obtained in the standard views.  Following
this, using guide wire technique, the 5-French AR-1 catheter was
exchanged for a pigtail catheter, which was advanced into the left
ventricle, at which point we performed left ventricular angiography
in the RAO-30° view.  At this point, pullback pressure across the
aortic valve was obtained and the procedure was deemed complete.
There were no complications and the patient remained in the
electrophysiology suite for performance of electrophysiology study.

HEMODYNAMICS:  The patient remained in normal sinus rhythm
throughout the procedure.  The left ventricular end-diastolic
pressure was 10 mmHg, and there was no significant aortic valve
gradient.

THE LEFT CORONARY ARTERY originates normally from the left sinus of
Valsalva and bifurcates into the left circumflex artery and the
left anterior descending artery.  Both the left circumflex artery
and the left anterior descending artery are free of critical
disease with only luminal irregularities noted throughout.

**ELECTROPHYSIOLOGY LABORATORY**   Page 1    NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                 HOSP#: 2862286
  Miami, Florida 33136                        DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

05/13/01  MON 16:03 FAX 305 585 5090    DR. INTERIAN    ⓸005

THE RIGHT CORONARY ARTERY arises normally from the right sinus of Valsalva and is free of critical disease throughout its course with only luminal irregularities noted.

LEFT VENTRICULAR ANGIOGRAPHY revealed anterior wall hypokinesis with an estimated ejection fraction of 40%.

CONCLUSION:

1.  Left ventricular angiography demonstrating anterior wall hypokinesis with an estimated ejection fraction of 40%.

2.  No critical coronary artery disease.

COMMENTS AND RECOMMENDATIONS:  This 68-year-old white male with a history of coronary artery disease and prior angioplasty now admitted with complete heart block as well as syncope underwent left heart catheterization and coronary angiography, which revealed no critical disease, and a depressed ejection fraction with anterior wall hypokinesis.  The patient will remain in the electrophysiology suite for performance of electrophysiology study as further workup for inducible arrhythmias and to evaluate conduction disease.

_____
Peter V. Garcia, M.D.
Electrophysiology Fellow


_____
Robert P. Styperek, M.D.
Electrophysiology Fellow

"As the undersigned teaching physician, I have participated in and supervised the procedure described above.  I have reviewed the findings in the case with the resident and agree with the report."

_____
Alberto Interian, Jr., M.D.
Director, Electrophysiology Laboratory

(CA0424AW.3)
R: 04-23-01/T: 04-24-01

cc:  Peter V. Garcia, M.D.
     Robert P. Styperek, M.D.
     Alberto Interian, Jr., M.D.
     JMH Medical Records

**ELECTROPHYSIOLOGY LABORATORY**    Page 2    NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                 HOSP#: 2862286
  Miami, Florida 33136                        DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

obtained, this lead was secured in the subcutaneous pocket using #2 Ethibond sutures. A 2-0 Vicryl suture was placed proximal to the lead insertion site to prevent any venous backbleeding. At this point, the ICD generator was connected to the atrial and ventricular defibrillatory lead and placed in the subcutaneous pocket where it was secured using #2 Ethibond suture. We then proceeded with intraoperative ICD testing. Once conscious sedation was confirmed, the initial induction consisted of T wave shock, which induced ventricular fibrillation, which was adequately detected and treated by the ICD generator, which delivered a 20-Joule defibrillatory shock, converting the patient to normal sinus rhythm. The shocking impedance was 44 ohms. The second induction consisted of T wave shock, which induced ventricular fibrillation, which converted the patient to normal sinus rhythm with a 20-Joule defibrillatory shock. The shocking impedance was 45 ohms. The ventricular defibrillatory threshold was less than or equal to 20 Joules. At this point, intraoperative ICD testing was deemed complete. The deep fascial layer was then reapproximated using 2-0 Vicryl sutures in a continuous fashion. The subcuticular layer was reapproximated using 2-0 Vicryl sutures in a continuous fashion. Dermabond adhesive was applied to the wound followed by a sterile pressure dressing. There were no complications and the patient was transferred to the coronary care unit in hemodynamically stable condition.

IMPLANTED HARDWARE: ICD generator is Medtronic Gem III DR, Model#: 7275, SN#: PJM201178R. Atrial lead is Medtronic Model#: 6940-45, SN#: TCP034370V. Ventricular defibrillatory lead is Medtronic Model#: 6942-65, SN#: TCB121582V.

DATA: The atrial pacing threshold in the bipolar mode was 1.1 V at 0.5 msec with a current of 2.4 mA. The atrial lead impedance was 480 ohms. P wave sensing was 3.2 mV. The ventricular pacing threshold in the bipolar mode was 0.4 V at 0.5 msec with a current of 0.8 mA. The pacing impedance was 515 ohms and R wave sensing was 10.6 mV. The ventricular defibrillatory threshold was less than or equal to 20 Joules. The shocking impedance was 45 ohms.

PARAMETERS: This ICD generator is set for one tachycardia zone, which is for ventricular fibrillation, with initial detection at 320 msec and all therapies consisting of 30-Joule defibrillatory shocks. Bradycardia pacing is set in the DDD mode with a lower rate limit of 60 ppm and an upper rate limit of 120 ppm.

| **ELECTROPHYSIOLOGY LABORATORY**    Page 2 | NAME:  LERNER, STANLEY |
| **JACKSON MEMORIAL HOSPITAL** | HOSP#: 2862286 |
| Miami, Florida 33136 | DATE:  4/19/01 |
| ELECTROPHYSIOLOGY LABORATORY REPORT | |

PROCEDURE:    AV    sequential    ICD    implantation    with    peripheral
venography.

OPERATORS:  ATTENDING:  Alberto Interian, Jr., M.D.
            FELLOWS:    Peter V. Garcia, M.D.
                        Robert P. Styperek, M.D.


BRIEF HISTORY: This is a 68-year-old white male with a history of
coronary artery disease, syncope with documented complete heart
block as well as inducible ventricular tachycardia. AV sequential
implantation is being performed for these indications.

PROCEDURE: After written and informed consent was obtained, the
patient was brought to the electrophysiology suite where he was
prepped and draped in the usual sterile fashion. Conscious
sedation was maintained throughout the procedure with intravenous
Versed, intravenous fentanyl and intravenous Brevital. The left
infraclavicular region was anesthetized with 2% Xylocaine. Using
simultaneous modified Seldinger technique and contrast injection
via the left antecubital vein for peripheral venography, we
cannulated the subclavian vein on two occasions and advanced two
guide wires into the inferior vena cava. Peripheral venography of
the left subclavian venous system revealed that it was patent
throughout its course without significant anomalies. At this
point, using an 11-blade scalpel, a 4-cm incision was made
approximately two fingerbreadths below the left clavicle and
extended towards the deltopectoral groove. This incision was taken
down to the deep fascial layer using Bovie cautery and blunt
dissection. We then made a subcutaneous pocket in the inferomedial
direction using Bovie cautery and blunt dissection. This
subcutaneous pocket was copiously irrigated with antibiotic
solution. Following this, the guide wires were dissected down into
the fascial plane using blunt dissection with Metzenbaum scissors.
Next, over the medial guide wire, a 10.5-French dilator and
introducer was advanced. As the guide wire and dilator were
removed, a tined ventricular defibrillator lead was advanced to
the right ventricular apex. Once adequate pacing and sensing
thresholds were obtained, this lead was secured in the subcutaneous
pocket using #2 Ethibond sutures. Over the lateral guide wire, a
9-French dilator and introducer was advanced. As the dilator and
guide wire were removed, an active fixation atrial pace-sense lead
was advanced into the right atrial appendage where it was secured
into position. Once adequate pacing and sensing thresholds were

---

**ELECTROPHYSIOLOGY LABORATORY**    Page 1    NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                    HOSP#: 2862286
  Miami, Florida 33136                           DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

PROCEDURE:  Intraoperative ICD testing.

OPERATORS:  ATTENDING:  Alberto Interian, Jr., M.D.
            FELLOWS:    Peter V. Garcia, M.D.
                        Robert P. Styperek, M.D.

BRIEF HISTORY:  This is a 68-year-old white male with a history of
coronary artery disease, syncope with documented complete heart
block as well as inducible ventricular tachycardia.  AV sequential
implantation is being performed for these indications.
Intraoperative ICD testing was performed during ICD implantation.

PROCEDURE:  Once the ICD generator was connected to the atrial and
ventricular defibrillatory leads and placed in the subcutaneous
pocket, we proceeded with intraoperative ICD testing.  The initial
induction consisted of T wave shock, which induced ventricular
fibrillation, which was adequately detected and treated by the ICD
generator, which delivered a 20-Joule defibrillatory shock,
converting the patient to normal sinus rhythm.  The shocking
impedance was 44 ohms.  The second induction consisted of T wave
shock, which induced ventricular fibrillation, which was adequately
detected and treated by the ICD generator, which delivered a 20-
Joule defibrillatory shock, converting the patient to normal sinus
rhythm.  Shocking impedance was 45 ohms.  The ventricular
defibrillatory threshold was less than or equal to 20 Joules.  At
this point, intraoperative ICD testing was deemed complete.  Please
refer to the surgical report for further details of this procedure.

IMPLANTED HARDWARE:  ICD generator is Medtronic Gem III DR, Model#:
7275, SN#: PJM201178R.  Atrial lead is Medtronic Model#: 6940-45,
SN#: TCP034370V.  Ventricular defibrillatory lead is Medtronic
Model#: 6942-65, SN#: TCB121582V.

DATA:  The atrial pacing threshold in the bipolar mode was 1.1 V at
0.5 msec with a current of 2.4 mA.  The atrial lead impedance was
480 ohms.  P wave sensing was 3.2 mV.  The ventricular pacing
threshold in the bipolar mode was 0.4 V at 0.5 msec with a current
of 0.8 mA.  The pacing impedance was 515 ohms and R wave sensing
was 10.6 mV.  The ventricular defibrillatory threshold was less
than or equal to 20 Joules.  The shocking impedance was 45 ohms.

---

**ELECTROPHYSIOLOGY LABORATORY**      Page 1     NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                     HOSP#: 2862286
  Miami, Florida 33136                            DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

PARAMETERS:  This ICD generator is set for one tachycardia zone, which is for ventricular fibrillation, with initial detection at 320 msec and all therapies consisting of 30-Joule defibrillatory shocks.  Bradycardia pacing is set in the DDD mode with a lower rate limit of 60 ppm and an upper rate limit of 120 ppm.

CONCLUSION:     Successful    intraoperative    ICD    testing    with    a ventricular defibrillatory threshold of less than or equal to 20 Joules.

COMMENTS AND RECOMMENDATIONS:  This 68-year-old white male with a history of syncope, cardiomyopathy and complete heart block underwent successful intraoperative ICD testing.  The patient will be monitored in the coronary care unit overnight with wound check in the morning and prophylactic antibiotics as ordered as well as continuation of medical therapy.  Post-discharge, the patient will be followed by the ICD clinic as well as Dr. Interian as indicated.

_____
Peter V. Garcia, M.D.
Electrophysiology Fellow


_____
Robert P. Styperek, M.D.
Electrophysiology Fellow

"As the undersigned teaching physician, I have participated in and supervised the procedure described above.  I have reviewed the findings in the case with the resident and agree with the report."

_____
Alberto Interian, Jr., M.D.
Director, Electrophysiology Laboratory

(CA0424AW.6)
R: 04-23-01/T: 04-24-01

cc:  Peter V. Garcia, M.D.
     Robert P. Styperek, M.D.
     Alberto Interian, Jr., M.D.
     JMH Medical Records
     JMH ICD Clinic



**UNIVERSITY OF**

# Miami

**SCHOOL OF MEDICINE**

August 31, 2001

To Whom It May Concern:

The Federal Bureau of Prisons
320 First Street Northwest
Washington, DC 20534

Attention:  Chief of BOP

Re:  Stanley Lerner

Stanley Lerner was evaluated at Jackson Memorial Hospital on March 22, 2001 for an ischemic cardiomyopathy and nonsustained ventricular tachycardia.  At that time an electrophysiological study was performed which revealed easily inducible monomorphic ventricular tachycardia.  At the same time his conduction system was evaluated which showed advanced His Purkinje system disease and high grade AV block.  At this point an AV sequential defibrillator was implanted; a Medtronic Gem III DR Model 7275.

Given the patient's complicated cardiac situation, it is recommended that he is followed on a regular basis by a cardiologist every two to three months.  With his implantable defibrillator,  the recommendations are that this should be checked at four month intervals.

If any further questions arise, as to Mr. Lerner's plan of treatment, please feel free to contact me here at the University of Miami.

Sincerely yours,

Alberto Interian, Jr., M.D.
Professor of Medicine
Associate Chief, Division of Cardiology
Director of Invasive Cardiology and Electrophysiology

Al/ma

cc:  Mr. Stanley Lerner



**Medtronic**

Medtronic USA, Inc.
3850 Victoria Street N
Shoreview, MN 55126.2978
www.medtronic.com

tel 763.514.4000

August 24, 2001

Mr. Stanley Lerner
#55107-004
Federal Prison Camp
P O Box 150-160
Atlanta GA 30315

Dear Mr. Lerner:

Thank you for contacting Medtronic with questions about your ICD (implantable pacer-cardioverter-defibrillator) device. I am happy to assist by providing general information about ICDs. I recommend you consult your doctor about your medical specifics. It is recommended that ICDs be monitored every 3 months and that you follow the advise of your physician.

As background information, this therapeutic device is designed to treat abnormally rapid heartbeats resulting from ventricular tachycardia and/or ventricular fibrillation. The Medtronic ICD can be programmed to deliver therapies that begin mildly and become progressively stronger--**tiered therapy**. It can deliver pacing, cardioversion, and defibrillation therapies.

For example, when a too-rapid heartbeat is detected, the first tier of therapy is small, rapid **pacing** signals. If the normal rhythm is restored, no further treatment is delivered. If pacing does not stop the arrhythmia, the device goes to the next tiers of therapy, delivering stronger electrical impulses. These **cardioversion** pulses may progress from low energy (second tier) to high energy (third tier), as needed. However, if the device detects ventricular fibrillation, it sends a high energy shock to the patient's heart. **Defibrillation** breaks up the arrhythmia so a more normal rhythm can be restored. Defibrillation is the fourth tier of therapy and is used to terminate the fastest and most chaotic of cardiac rhythms. In addition, this ICD can detect and treat bradycardia (slow heart rate.)

The physician programs the energy levels and duration of the different tiers of therapy based on the diagnosis and electrophysiology study of your tachyarrhythmia. By having a programmable, tiered therapy device, it is often possible to restore a normal heart rhythm at the low energy pulses and the higher energy shocks may seldom be needed.

*When Life Depends on Medical Technology*

Another feature that can be programmed on by the physician is called "Patient Alert". Patient Alert is a monitoring system that notifies you when there is a condition with your ICD that may require evaluation by your doctor. If the conditions are met, the ICD provides one of two different kinds of audible tones for 30 seconds. These tones are repeated every 24 hours until the condition is cleared. Your letter mentioned you heard a "buzz" sound. You will want to ask your doctor if the sound you heard was related to the Patient Alert feature.

Enclosed is an updated ID card as you requested and copies of our patient brochures that are intended to provide answers to frequently asked patient questions. I hope you find them helpful.

Sincerely,

Nancy Sherman
Patient Services Specialist
Medtronic USA, Inc.

Enclosures
Cc: copy



**SUCCESS**
Language Enterprise

To:    Mr. Stanley Lerner # 55107-004
From: Success Language Enterprise
Ref.:  Job position

Date: 07/25/01

Dear Mr. Lerner,

This letter has the purpose to offer you the job position in my company as a Teacher of English as a Second Language as well as a clerical position as administrator of my office. This position will be available to you as soon as you are able to be in Fort Lauderdale released to work.

The job description fits your experience as a former college teacher when you taught Business English, Economics and Legal English for 5 years at the Fort Lauderdale College. Your experience as a tutor at the Nan Knox Boys and Girls Club here in Broward has definitely to be considered for this position. Your background shows a B.A. Degree in Arts and Sciences from Adelphi University and an L.L.B. Degree from Brooklyn Law School in New York. Besides, being a certified teacher from the University of Miami is a great plus.

You will be specifically teaching Business English for Executives, Essay Writing, English Conversation, and will be part of my team for the Cross-Cultural Projects we have programmed.

We, from Success Language Enterprise, believe you deserve a chance to begin a new career and a new life and become part of this community again especially working in an area which is so rewarding and noble.

Your salary will be initially $1,200.00 which will be raised subject to performance. You will also receive health insurance benefits as of the first day of work with complete coverage. We are aware you have a payment of 25% of your salary to the Government as soon as you start working. By accepting this job you will be able to accomplish with this obligation and I am sure you will feel much better.The fact that you live in Fort Lauderdale makes me feel more comfortable as I am sure you will be able to take care of the school no matter what time we have our first student ( it is commmom to start classes at 7am.).

In regards to your clerical  job description it comprises being in the office full time, answering the phone and scheduling appointments for potential clients, organizing the program for the week, assigning teachers, preparing paperwork for new students, invoicing current clients, filing, ordering materials and all other pertinent duties of a bookkeeper.

Well, Mr. Lerner, we hope you are able to be with us as soon as possible since I am involved in other sectors of the school and cannot spend much time with the day-to-day tasks.

I hope all goes well for you.

Alex Motta
Pedagogical Director

**STAPLE HERE**　　　UNIVERSITY SYSTEM OF GEORGIA INDEPENDENT STUDY
Georgia Center for Continuing Education
The University of Georgia
Athens, Georgia  30602-3603

### LESSON 1 COVER SHEET

Please **STAPLE** this cover sheet to the front of your lesson **SO THAT PAGES DO NOT BECOME SEPARATED OR LOST**. Please remember: **ONE LESSON PER ENVELOPE ONLY.**

-------------------------------------------------------------------

FOR INSTRUCTOR USE ONLY

The instructor must assign a LETTER grade.　　LESSON GRADE: _____*A*_____

James F. Calhoun

*James Calhoun*　　　　　　　_____*JFC*_____　　　*9/7*

Instructor's Name **(Print)**　　Instructor's Signature　　　　Date

-------------------------------------------------------------------

INSTRUCTOR'S COMMENTS:




-------------------------------------------------------------------

**FOLD ON THIS LINE.**　　**PLEASE DO NOT WRITE BELOW THIS LINE.**　　**FOLD ON THIS LINE.**


**INSERT THIS SHEET WITH THE _BARCODES SHOWING_ THROUGH THE WINDOW OF THE ENVELOPE.**





PSYC 2101 / 1998　　　　**LESSON 1**
INSTR: **JAMES CALHOUN**
STANLEY LERNER EF#55107-004
Expiration: 08/17/02  REGNO: 86170




STANLEY LERNER EF#55107-004
FEDERAL PRISON CAMP ATL A-15
P O BOX 150-160
ATLANTA, GA  30315-0160

## About Yourself ___



### Part I: Course Completion Schedule

It will be helpful to you to take some time now to consider the schedule you would like to keep as you progress through this course. Because it takes time to process lessons and exams, it is a good idea to plan ahead, particularly if you have a deadline. Use the chart on the inside back cover of this course guide to help you plan your schedule. Contact your student representative if you have any questions.

### Part II: Autobiographical Information

Many students and instructors find that the distance learning experience is enhanced by knowing a little bit about the person behind the name. Your instructor has already been introduced in the "About Your Instructor" section, so please write a brief paragraph about yourself (using this page) and include it when you send your first written assignment. You may want to answer the following questions:

Is this your first independent study course? Does this course contribute to your career plans? Do you have any special hobbies or interests that pertain to this course? Are you a full-time college student? What is your year and your major area of study? If you are employed, what is your occupation?   9/23/01

*This is my First independent study course. I plan to teach English as a 2nd language and participate in seminars to Foreign persons on Cross-Culture, helping them adapt to a new, different environment. I am a Federal Prisoner in Camp Atlanta, age 69, expecting to get Home Confinement or Halfway house in January. I have a job waiting for me. I am a graduate of Adelphi University, Garden City, N.Y, BA Degree in Government and J.S.D. degree from Brooklyn Law School. It's 43 years since I have been a student.*

*Welcome*

page 1

A

Stanley Lerner Reg# 55107-004
Federal Prison Camp, Atlanta
PO Box 150-160
Atlanta Ga 30315
          Psychology of Adjustment
          Lesson 1
Written Assignment
          1) The paradox of progress is the
concept that our Western Society has made
tremendous gains in technology, i.e. trips to
the Moon, nuclear energy, artificial hearts etc.
But our society still suffers social problems,
i.e. the drug epidemic, tobacco usage, and
alcoholism. The average American family has
two (2) bread earners, and the percent of
single parent households keep rising. These
technological advances have not led to
improvement in what we call happiness.
Our quality of life has suffered and has
not improved with our vast supply of new
products, wireless information etc. this the
text describes as the "Paradox of Progress"
          Erich Fromm discusses the
cause of this Paradox. He is a traditionalist
who observes that these advances have
caused traditional values, i.e. Family,
Religion and society to be undermined.
His theory reminds me of Vice President's

Page 2

Governor Bush joined in on this campaign theme. The American public was split on their vote, with many other factors entering into the final outcome. The final election outcome was actually decided by the US Supreme Court.

7. The three approaches to helping us find a sense of direction are:

a) "Self realization" programs
b) "the Codependency Movement" and
c) "Self Help Books"

The pros of the first approach, the self help programs have value in that the person is making an exerted effort to search for a sense of direction. The effort consists of seeking and attending seminars or courses. The person is not sitting back and accepting the status quo. The subject realizes that their is a need and seeks some sort of solution. An example of this is Scientology, founded by L. Ron Hubbard. This quasi-religious organization is still going strong, with current editions of their books and constant marketing. Their goal is for the individual to become clear. A person

Page 3

in their mind. People according to Scientology have automatic Behavior patterns, which he calls "engrams". These engrams can cause trouble and an individual must dispose of them. By reliving the cause of the engram that which created it.

The Cons of Scientology are many. One that it Becomes a substitute Religion for the individual, and the Scientology Becomes a way of life.

Two that training is market oriented and may be super expensive with no end in sight. Scientology substitutes Clergy with so called "Auditors" who may gain control of your life. The controlling factor may go to a dangerous controlling extreme. Scientology has used its practice to coax ~~Ø~~ vast sums of money from their followers. There solutions have no scientific base, and are easily refuted by scientific information.

There are claims of Scientology working, including movie stars claim their liver have Beenchanged. The text answers there claims that this can be explained under the placebo concept. "The Placebo effects occur when

*Page 4*

of an empty, fake, or ineffectual treatment because of their positive expectations about the treatment's. What people believe is a cure or treatment ~~with~~ which will help them, there is a chance it will happen. Medical science uses the Sugar Pill as a common placebo for most drugs. The average person when they read the literature in their prescription will read of the use of Medical Placebos. Here the person taking Scientology training and indocrination is looking for a certain change. But there changes prove to be illusory.

~~W. Define they analgy and adjusments~~

(b). "The Codependency Movement"
This Movement started in 198_ with the Book ≠ Correspondent No More, By Melody Beattie. Subsequent to this there have Been Many Books, Seminars and Treatment programs.

The codependent is a person is afflicted by another person's addiction to excess of some human behavior, i.e. alcoholivm, gambling,

Page 5

Psychologic treatment. My psychologist was convinced I was codependent to my wife's excessive way of living. There was never enough money to satisfy her demands, buying original oil paintings, to constant shopping, remodeling the house in an attempt to keep up with the wealthy neighbor next door. I, in an attempt to placate her, keep the family together never said "No", when I did, it was too late, I was facing Federal criminal charges for mortgage fraud. I think I lived this problem, I saw a 40 year marriage sink in the horror of facing and admitting a terrible mistake.

The usual theory is that woman unwittingly look for and get into relationships with people with troubles and have excessive needs, i.e. an alcoholic.

There are positive things to be said when the codependency situation is recognized which hurts the mental health of the other member of the family. The recovery program to render help to the suffering party.

But there are many concerns, the text outlines 5 of these an

Page 6

1. " Definitions of codependency vary considerably", meaning the meaning are vegue or it is a subjective definition. It is very easy to be simplistic and to stereotype, but everyone is different and there is always a flow back and forth between partners

2. The research on codependency codependency is still relatively new, and the testing the concept has just begun and it is not clear that people seen our relationships with troubled people. How many times have I heard the story I divorced that "drunk" and now I have another, but have studies been done where a person leaves the troubled relationship and now has found a trouble free relationship and has found a marriage or relationship that is relatively happy.

Self Help Books
    The pros of these books are people go to the trouble of seeking these books, spending money and reading these so called Self Help Books. My own psychologist suggested a best seller on codependency to me with a self help concept. At this

Page 7

There are many Self Help Books which contain what the text labels as "Psychobabble". The use of Hip words or phrases really does not explain what they mean, they are ambiguous. The so called Hip jargon prevents a clear understanding of the meaning, or is any meaning intended.

Self Help Books to a large extent are controlled by sales, bottom line results and marketing, if it is a "Best Seller" it is good. Simple probing may show that there is weak or none scientific soundness to that so called "Best Seller".

The Text recommends 6 things to look for in so called self help books. Common sense rules there 6 items.

a) Clarity in communication. It is vital that you are able to read, understand and avoid the use of psychobabble.

b) The Book is not the Miracle cure for all problems. This is impossible. A good Book is limited in its scope and does not make wild impossible promises.

c) The Book should have some

Page P

d) A good Book Covers new Material in addition to old Material. The author should write aboot what we do not know and Be truthful, and not Make wild claims

e) A good Self Help Book gives detailed clear and sharp instruction how to change your Behavior. A general "Catch all" statement short change you the reader

f) The Book should Focus on a particular problem, not a general Miracle. These Miracle Book just dont work, they may sell great, But when you Read them, they are ~~theapy~~ disapointing. (two p's in this word)

B. Define psychology and adjustment.

"Psychology is the science that studies Behavior and the physiological and Mental processes that underlie it, and the profession that applies the accumulated knowledge of this science to practical problems"
        It seems there are 2 distinct definitions Rolled together, First the scientific studies that tries to understand Behavior. The text

Page 9

OR action by an ORGANISM. This is Based
in a scientific study.

The second part of the definition
is the workings OR profession. Here we
find the clinical psychologist. My
psychologist was working with me
to diagnose and find the underlying
cause of my psychological problem. Finding
the diagnosis is the First step, then comes
the treatment. This can be with
clinical work, group therapy, individual
sessions and even possible use of a
M.D., known as Medical psychologist
who may prescribe drugs.

adjustment
It is that what people do
everyday, in managing with the demands
and coping with life. There are
so many different demands, we always are
concerned with the work environment.
Today especially with the fear of lay offs,
consolidations etc. Me, I had to adjust
and constantly adjust to the prison environment.

page 10

A.   Discuss the scientific approach to Behavior, noting particularly the commitment to empiricism and the advantages to the scientific approach.

There are many methods to define Behavior. In addition to the scientific method we can use what Mama taught us, good common sense and to use your own ideas and draw your own opinions or conclusions. Mama you were right in your day, but now we use what is called the Scientific Approach. This scientific approach is empirical.

Under this approach scientists base their findings on formal, objective evaluations of their hypothesis, rather than complying with Mama's edict of common sense, and good reasoning.

The advantages of this approach are its clarity and precision. The use of common sense can be loose, not always the same and ambiguous. Also it avoids the use of generalities.

The other advantage of the scientific approach is its relative intolerance of error

Page 11

Scientists use objective data and keep accurate records and then accept the conclusions. If 2 studies conflict, scientists usually conduct. This scientific method is not perfect but its findings are more accurate and dependable

B. Compare and contrast the experimental and correlational methods, defining the terms ( ) and negative correlation.

The experimental is a research method where the independent variable is changed or manipulated under controlled conditions and observes any change in the dependent variable. The correlation method is an attempt to index the degree of relationship between two variables. Each of these methods can be used depending on facts and situation. In a correlational method there are two kinds of relationship a positive and negative, and tells us how strong the relationship and the direction positive or negative.

Page 12

The comparison is discussed in the
summary, concluding that correlational
research allows us to investigate
issues that may not be open to
experimental study, but it cannot demonstrate
that two variables are casually related"
          This connection has to be
drawn by the experimentor experience
and background since it cannot
show the causal relationship.
          Also under use of
correlational research the scientist
are unable to control over the
variables they wish to study. The
purpose of the research is to determine
the behavior of the variables

Page 13

Continue question 5
    Defining terms
        a) independent variable
        b) dependent
        c) experimental group
        d) control group
          e) correlation coefficient
        f) positive correlation
          g) Negative correlation


a) independent variable
        "An independent variable is a
condition or event that an experimenter varies
in order to see its impact on another variable"
            This is the variable that
the scientist has control of and
can change

    b) dependent variable
            "is the variable that is thought
to be affected by the manipulation of
the independent variable" The text states
the dependent variable is usually a measurement
of this particular subjects behavior.

    c) experimental group
            "Consists of subjects who
receive some special treatment in regard
to the independent variable. When terms
of an experimental group case has



to Be Taken that this subject Receive the ~~intaethcolorsion~~ special treatment

d) Control Group
" The control group consists of similar subjects who do NOT Receive the special treatment given to the experimental group"
This group is not inputed the material or facts that may cause changes in the experimental group.

e) Correlation coefficient
"is a numerical index of the degree of relationship that exists Between two variables.
They tells how the two variables are related by use of the measuring index and they tell us if the flow or direction is positive or negative

f) Positive Correlation
This Relationship of the two variables indicate there is a direct Relationship

g) Negative Correlation
This shows an inverse Relationship Between the two variable

Page

(15)

The text demonstrates the positive and negative with the comparison of high school GPA average and later College GPA. The conclusion was that the students who do well in High School do well in College and vice versa with poor GPA average in High School.

6. Discuss the ingredients of happiness, Describe those that appear to be crucial or not crucial based on empirical Research.

Meyers in Pursoit of Happiness states 'Happiness is Relative not only to our personal past experience, but also to our social experience' The Factors that are Related to happiness are love and Marriage (or a Relationship involving a Commitment) Work Satisfaction and Personality

What is Crucial is love and Marriage, Married people or those when Surveyed Report a greater Percent are happier

Job satisfaction is One of the Neg points of happiness. I have been fired, and woe was I unhappy, it destroys your positive self image

The Last factor Factor is Personality. Those that had happy Child hoods

Page
16

seem destined to be happy as adults.
Your view of life is critical.
Empirical Research shows
that many popular beliefs are not true.
Mama's proclamation, "to be happy marry
a rich person", is not true. The subjective
feelings are more important. The text
concludes that some people find happiness
in spite of problems. Can a prisoner
such as me find happiness? Can the
happiness be an attempt to improve,
be religious, work toward a goal, keep
good communication with his new wife
and cherish every good moment and most
of all have faith in himself.

7, Describe the method for
improving academic performance . . . . .
you may use to help in learning the
material in this course.
To improve academic performance
you must foster sound study habits
i.e. set up a schedule for
studying. write down your schedule
I did this last night in a
letter to my wife, stating Psychology will
take 2 days for each assignment, approximately
7 - 10 hours, and then 2 days for
Accounting 101, allowing for 1/2 days

Page 17

2. Find a place to study where
you can concentrate.

In prison this is a job,
almost impossible, our so called
library is warm with no air conditioning,
the T.V. Room is noisy and wild.
I read and do my homework in my
cubicle, I made the investment of
buying at the commissary a portable
reading light so I can read after
lights go out. Please forgive
printing and any errors. This is truly
My best and I am proud of this
attempt.

3. Reward your
studying.

My reward is that I
don't think of the myriad of
problems here, the dysphoria, the
utter waste of time, the
beaurocracy etc.

The SQ3R is a study
sceme designed to promote effective reading
that includes 5 steps: survey, question,
read, recite and review

The first step survey,
is important to me, I read the
introduction, then the summary before
I read the chapter and I keep going
back to the summary to see if
I agree with the conclusions

Step 2 question

Page 18

Sentence to find out if the paragraph proves and explains and gives examples

3. Read

I read and re read, the 2nd time much slower to reinforce my learning.

4. Recite

When I verbalize these new concepts, they become clearer and become part of my vocabulary; I try to use examples in my own life

5. Review

When I am ready to write I review that particular section and the summary. The 3rd or 4th reading is probably the most important.

I am concerned about test-taking strategies. It's been so long since I have been subject to academic exams. I know the more I practice the better I will get; therefore I plan to use the test work book intensively and then going back to test for review. I am hoping to pass and aiming for an "A." This would be happiness in my situation.

**STAPLE HERE**          UNIVERSITY SYSTEM OF GEORGIA INDEPENDENT STUDY
                         Georgia Center for Continuing Education
                              The University of Georgia
                              Athens, Georgia  30602-3603

                              **LESSON 2 COVER SHEET**
**Please __STAPLE__ this cover sheet to the front of your lesson __SO THAT PAGES DO NOT__
__BECOME SEPARATED OR LOST__. Please remember: __ONE LESSON PER ENVELOPE ONLY.__**
--------------------------------------------------------------------------
                         FOR INSTRUCTOR USE ONLY

The instructor must assign a LETTER grade.     LESSON GRADE: _____*A*_____

_____**James F. Calhoun**_____     _____     ___*9/?*___
Instructor's Name **(Print)**      Instructor's Signature        Date

--------------------------------------------------------------------------
INSTRUCTOR'S COMMENTS:




--------------------------------------------------------------------------
**FOLD ON THIS LINE.**     **PLEASE DO NOT WRITE BELOW THIS LINE.**     **FOLD ON THIS LINE.**


**INSERT THIS SHEET WITH THE __BARCODES SHOWING__ THROUGH THE WINDOW OF THE ENVELOPE.**



 

PSYC 2101 / 1998          **LESSON 2**
INSTR: **JAMES CALHOUN**
STANLEY LERNER EF#55107-004
Expiration: 08/17/02  REGNO: 86170




                         STANLEY LERNER EF#55107-004
                         FEDERAL PRISON CAMP ATL A-15
                         P O BOX 150-160
                         ATLANTA, GA  30315-0160

8/22/01

STanLey LeRNeR
Reg # 55107-004

Page 1

Psychology of Adjustment
HomeWORK  Lesson 2

1. Describe and define Personality and
personality traits
            Personality is a person's individuality
and consistent Behavioral traits. Each
person has their own distinctive set of
personality traits. There are no 2 people alike
Personality is used to explain the stability
in behavior over time and situations and
the Behavioral differece in people Reacting
the same situation.
            "A personality trait is a durable
disposition to behave in a particular way in
a variety of situations" Traits are specific
behavior of one's personality. According to
Gorden Allport and Raymond Cattell there is
an assumption that some traits are more Basic
than others. McCrae and Costa argue that
most personality traits derive From
5 critical traits : ① Neuroticism ② extraversion
③ openness to experience ④ agreeablenes and
⑤ consientiousness.


2. Summarize Freud's psychoanalytic theory
...... and psychosexual stages of
development
            Freud's psychoanalytic theory
is a method of treating of people
with mental disorders. Lengthy verBal

(Page 2)

## Lesson #2

prober into the patient's life. His theory is that unconscious forces control our behavior. He also claimed that your childhood experience strongly determine later personality, and his theory was our personality is shaped how we handle or cope with our sexual urge

"Freud divided personality structure into three components the (id), the ego and the super ego. A person's behavior is determined by the interaction of these 3 parts, id, ego and super ego

Id is the primitive part of personality that works according to the demands of instant or immediate gratification of urges. This covers the Biological needs or urges to eat, sleep, defecate, copulate etc, this covers our Behavior.

"the "ego" is the decision-making component of personality that operates according to the Reality principle". The ego reviews what society considers is normal, according to rules and customs in controlling behavior. This seems to delay id's demands until the correct situation can be found. Ego does want to maximize gratification without negative reaction.

"The Super Ego is the moral component of personality that incorporates social standards about what represents Right and wrong". When super ego behavior is displayed we accept moral principle and attempt to adhere to them.

Page 3

The level of awareness is the distribution of 3 levels, id, ego and super ego. Freud contrasted conscious (what you are aware of at a particular point in time) with the unconscious (desires, thoughts that are well below the surface of conscious awareness) and preconscious (ideas etc just beneath the surface of awareness that can be easily retrieved)

People have these 3 levels of awareness.

## Conflict and defense mechanisms

Freud makes the assumption that our behavior reflects the continuing internal battle between id, ego and super ego. This conflict controls our life, and we go from one conflict to another.

The conflicts on sexual and and aggressive impulse are subject to more complex and ambiguous social controls than the other basic motives.

According to Freud there are 7 defense mechanisms. These are unconscious reactions that protect people from painful emotions. They are mental maneuvers that work thru self deception.

a) Repression; keeps disturbing thoughts & feelings buried in the unconscious.

b) Projection giving your own thoughts, feelings or motives to another person

c) Displacement moving anger



Page 4

to a substitute person

**Reaction** Behaving in an opposite way to one's true feeling

**Regression**, the Behavior Reflex so with immature patterns, it is Regressive when Review shows massive exaggeration that can Be seen through.

**Identification** "involves Bolstering Self-esteem By Forming an imaginary or Real alliance with some person or group"
It helps your self esteem to Be part of a group or identifying with what is considered a celebrity.

" Psychological stages are development periods with a characteristic Sexual focus that leave their work on adult personality "

Freud describes stages of this development :

a) Oral Stage During the first year of an Infant, the main source of erotic stimulation is the mouth. He claims the weaning from the Breast to the Bottle is important

b) Anal Stage
During 2nd year Babies get their erotic pleasure from their Bowel movements, Toilet training is critical in later life



page 5

At about age 4, the child's genitals are the center for their erotic energy, mostly through self-stimulation.

It is in this stage that the Oedipus complex may arise. The child is erotically desirable for the other sex parent and at the same time feels hostility toward the same sex parent.

Latent and genital stages

A child from 6 to puberty sexuality is suppressed. The sexuality is latent during this stage. When the child reaches puberty sexual urges reappear and the child focuses on their genitals again

B. Describe Jung's analytical psychology and Adler's individual psychology.

Jung differing from Freud emphasized the unconscious determination of personality. He claimed the unconscious has 2 layers; 1st personal unconscious is the same as Freud's version

2nd The deeper layer of unconscious is the collective unconscious. "The collective unconscious is a storehouse of latent memory traces inherited from people's ancestral past that is shared with the entire human race"

The ancestral memories he called archetypes. These are emotional charged



Page 6

Adler's individual psychology

This scientist was a charter member of Freud's group, The Vienna Psychoanalytic Society, and developed his own theory of personality.

He stressed the social context of personality development. His stress was not sexuality but striving for superiority. His views were trying to certain superiority as a universal drive to adapt, improve and master life's challenges.

He felt that everyone has to try to overcome some feelings of inferiority. His theory of COMPENSATION covers efforts to overcome real or imagined inferiority by developing their abilities.

When one suffers from an inferiority complex it can distort the regular process of attaining superiority, OVER COMPENSATION is an effort to hide the feelings of inferiority from themself. These people show off any success in an effort to cover up the underlying inferiority complex. This self deception cause people to worry about appearance rather than reality, we all have all met people who brag and flaunt their success say in business, but really cover up their hidden inferiority complex. If this were really OK, there would be no need for excessive bragging and flaunting of this success. As we say they



Page 7

4. Discuss the pros and con of the psychodynamic approach.

This Theory and Research shows ① that unconscious Factors can influence behavior

② "internal conflict often plays a role in generating psychological distress"

③ "that early childhood experiences can exert considerable influence over adult personality"

These theories have produced insights about the unconscious. The scientists tried to understand the importance of conflict.

The Cons of these theories are there is poor testability, the lack of empirical evaluation. The theories depended on case studies, and subject to the interviewer Bias.

Also another criticism is that there was Bias against the Fair Sex, woman's penis envy caused them to feel inferior to men. Don't tell this to a modern woman.

Freud expressed Bias that more women than men were prone to neurosis.

But, text points out that Freud, Jung and Adler did their work over a century ago. These men as text describes Broke new ground



5. Describe the behavioral perspective.

This theory is that psychologist should only study observable behavior. These theory rejects mental processes as suitable for scientific study. This theory works with observable "response tendencies". Their view that a person's personality is a collection of response tendence that are tied to various stimulants. Development is through how response tendencies are shaped through classical conditioning, operant conditioning and observant learning.

This theory view personality as many response tendencies formed by learning. They use rigorous research, ie Pavlov's experiment.

6. Summarize Pavlov's classical conditioning and Skinner's operant conditioning; then compare and contrast them.

Pavlov's classical conditioning is a type of learning that a stimulus causes a response that was caused by another stimuli. It is also called Respondant conditioning.

It was first described by Russian scientist Pavlov in 1903. Pavlov was able to get dogs to salivate when he rang a bell. Originally this would produce

Page 7

with the production of Meat powder. The
Meat powder would cause the dogs to
Salvate and he constantly did that when
he rang the Bell. Eventually the Dogs would
Salvate just with the Ringing of the Bell.
The connection Between the Meat powder
and Salvation was a NORMAL occurrence.
The Link Between the Ringing of the Bell
and Salvation was established through
conditioning. The Bell is a neutral
stimulus that has through conditioning has the
power to get a conditional response (the
Salvation)

Skinner's theory of Operant
conditioning is a FORM of Learning in which
voluntary responses come to Be controlled
By their consequences. Skinner worked
at Harvard and showed Lab Rats and pidgeon
picked Responses that were Followed By
Favorable results and tend not to
Repeat responses that are Followed By
Neutral or unFavorable events. This is what
is known as Reinforcement, there is Positive
Reinforcement, when Frequency of Response
is increased Because it is Followed By a
pleasant stimuli. This is similar to a reward
Positive Reinforcement does influence
personality since they are Followed By
pleasant outcomes.

Negative Reinforcement is when
the Response is increased Because it is
Followed By the Removal of an unpleasant

Page 10

Skinner and Pavlov explain Behavior with
any concern about individual's mental process.
Pavlov experiments tries to explain how
people acquire emotion Responses, while
Skinner shows how Reinforcement, causing
pleasant stimulus and Negative Reinforcement
shows how a Response is increased Because
it is followed by taking away of a unpleasant stimulus.
        Both thought these were
mechanical view of conditioning, without
conscious participation of the subject. This
does not work with humans, since humans
are always changing and adjusting. The Response
in humans can never be permanent

7, Describe Bandura's social
Learning theory, including his concepts of
observational learning and self-efficacy.
        Bandura differed with Skinner's
view, his concept was humans are conscious,
thinking and feeling. He does agree
with the concept of behaviorally in that
personality is shaped through Learning.
        He describe observational Learning
occurring when Man Responds to influence
by observing others, these people observed
are called models. He states that Both
classical and operant conditioning can take place
indirectly, when one person observes another
conditioning    Bandura social Learning theory
is some models are more influential



people they like or think highly of,
these models have great impact on personality
development.
                    Self- efficacy
              yo.        If you believe you can do
it, + doe it. The text defines as
" self-efficacy is the belief about
one's ability to perform behaviors that
should lead to expected outcome" The
individual with high self-efficacy feels
confident he can earn reinforcement by
executing positive responses, wether it be
in school work or sports.


8, Discuss the pros and cons of
   Behavioral perspective-
                Bandura displayed in his
theorie how observations mold our
characteristic behavior.
                Pavlov has shown
how conditioning can account for
emotional responses ( the dogs salivating )
                Skinner showed how
our personalities are shaped by the
consequences of our behavior.
                Walter Mischel a
behavorist accounted why people
are only moderately consistent in
their behavior, people may act
one way in onesituation and differently
in another. I have been shy in a party but

(Page 12)

Behaviorism have their criticism; as Follow!

① Over independence on animal Research, and generalize From animal Behavior to human Behavior

② Division of the Behavioral approach.

Behaviorists are criticized due to ignoring cognitive processes. Cognitive processes are important Factors in human

9. Summarize the humanistic perspective

This theory started in the 1950's. The humanistic theory claimed Behavioral and psychodynamic theories were dehumanizing.

Humanism is a theory that stresses the unique qualities of humans, their Free will and their potential for growth.

This theory Believes you can not learn anything From animal Research, Fashioning the human condition. Their is an optimistic view and they Believe

① that human nature has an inward drive toward personal growth

② each individual has the



and are not governed By their environment.
③ people are conscious,
and not controlled By co UNCONSCIOUS
Conflicts and irrationality
          This is a different approach
on personality, differing from the
psychodynamic or Behavioral approaches.


/10. Discuss Roger's person-centered
     theory and Maslow's theory of
self actualization.
          The text defines "self concept"
is a collection of Beliefs about one's
personal qualities and typical Behavior-
          Each person has a self
concept of themself, This is a
of a subjective nature and may not Be
accurate.
          Rogers calls this divergence
of your self concept and reality "incongruence",
the difference Between one's self concept
and reality
          If a person's self concept
is correct it is called "Congruent",
          When Life's experiences
threaten one's self concept this causes
anxiety. If you have a high
degree of incongruence you will
have a high degree of anxiety and
it will Be acute.

(17)          Page 17

Maslow's theory of self-actualization
          His theory is that
human motives are organized into a
hierarchy of needs. Maslow's
theory is humans have drive toward
personal growth. The famous
pyramid starts at the base with
physiological needs (Breath, food, thirst etc)
then upward to safety and security needs;
(long term survival and stability);
Belongings and love needs; esteem needs
(includes recognition and achievement)
Cognitive needs (knowledge & understanding)
Aesthetic needs and finally at the
pinnacle, need for self actualization.

11.   Discuss the pros and cons of the
      humanistic prospective.
                This theory makes the
self-concept important part of
psychology. This theory focuses
attention on what constitutes a healthy
personality. Their argument is a
subjective view may be more important
than objective reality in the study
of personality.
                The cons of humanistic
prospective are the forcowing:
          ① Poor testability. It is
difficult to put the proposed hypothesis
to a scientific test.

Page 15

(2) Unrealistic view of human nature
The Maslow theor of
self-actualizing people sound perfect.
Actually is is unrealistic to find
self-actualizing people

(3) Inadequate evidence
The observations are
in uncontrolled situations. Case
studies can be valuable, but not suitable
for a solid database.

12. Describe Eysenck's theory
theory and research on the biological
basis for personality.
Comment on the pros and cons
of this approach to personality
He describes personality
structure as a hierarchy of traits.
Many superficial traits come from
a small amount of basic traits. The
figure 2.16 pg 59 of text illustrate
the high order "Extraversion" determine
lower-order traits, i.e. excitability,
liveliness, activity, Impulsiveness and
sociability which the leads to other
multiple traits. Eysenck uses
twins family and adopted studies
of hereditary influence factors. He
then concludes as described a hierarchy of
traits with specific traits coming from



Page
16

Eysenck places his emphasis on uncovering genetic Blueprint with Maturation, inherited predisposition interact with Life's Learning experiences.

Today with the study and mapping of Genes it will Be fascinating how this affects Eysenck's theory.

Some of the weaknesses are:

① Problems with estimates of hereditary influence. The attempt to divide genetic and environmental parts with statistics may Be artificial. These two parts are intertwined so that they may not Be separated.

② Lack of adequate theory. His theory does not provide a systematic overview of the Biological factors, and how they control personality development. It is felt more theoretical work is needed to keep pace with recent empirical findings on the Biological Basis for personality.

13. Discuss the issues surrounding theoretical diversity in the study of personality. It is said that no one theory theory can Fully explain everything we know about personality. We can not expect one theory is correct, while all the others are wrong.



Page 17

The text and this assignment has discussed Freud, his psychodynamic view, Skinner, his Behaviorial view where personality evolve over a lifespan and responses followed by reinforcement become more frequent; Carl Rogers, humanistic view, Maslow his hierarchy of needs, ~~Cled Rogee~~ and last Eysenck showing how hereditary predisposition shape interact with learning experiences.

This diversity causes more research to be done and hopefully we will have a good understanding of behavior.


14. Summarize the concept and difficulties in personality testing.

"A psychological test is a standardized measure of a sample of a person's Behavior." These tests measure abilities, aptitudes and personality traits.

These tests can be placed in 2 categories; ① mental ability ② personality tests.

Personality tests measure different parts of personality, testing motives, interests values and attitudes. These questions are not true or false, right or wrong but on a scale.

Personality scales are measured

Page 18

uniform procedure to score and administer the test. From the results so called "Test Norms" are developed, This is a ranking in relation to other score.

There tests are not always Reliable, since people are always in different moods, Most personality test are SELF-REPORT inventories, and people are asked to answer a series of question about their characteristic behavior. Usually given a choice of True, "False" or "Cannot Say." There are other types of tests:

① the Maudsley Personality Inventory, short form, where you answer yes or no to short questions. Answers of yes indicate a extroverted personality.

② The 16 Personality Factor Questionnaire (16 PF) is drawn to grade 16 dimension of Personality, This is also a self-report evaluation. The difficulties are they are only as accurate as the answers given One knowing what the tester is looking for can lie.

Another test is the Projective Tests. The person is to answer to vague ambiguous stimuli, in ways that the personal needs, Feelings and personality traits are Revealed.

Another test is the Thematic Appreciation Test (TAT), The person is requested to tell stories about a



page 19

This Method is criticized because of inadequate evidence of the validity of that TAT. The most well known of that TAT is the Rorshach.

15. Describe your own theory of personality

First, I am far from a scientist, rather I am a prisoner in the Federal Prison System. Can I dare to suggest my own theory? But for a grade I will endeavor to make some sort of projection.

I think personality is subject to Maslow's hierarchy of needs. The optimism in me believes every person to some extent has the need for self-actualization, and certainly to reach the pinnacle of their potential.

But I think all people are not created equal as far as personality is concerned. Our genes our a great factor and influence in our personality and ever changing personality. In my own case I believe my personality has changed. Here I am somewhat introverted, prefer to read rather than converse and be sociable. I meditate often, and pray to a Universal God. Strange as it may seem I am grateful to the Lord, for having raised 3 wonderful



Page 20

a Super Woman.

Yet here in Prison we are subject to severe Reinforcement, (reinforce) Keep your cubicle clean, never disobey, Follow all the Rules and you avoid punishment, i.e, Being put in solitary confinement with a 24 hour lock down. This does shape one's personality.

In spite of all this I still know I have a high level of intelligence and therefore expect to pass my two courses, this and Accounting I, When I complete an assignment I feel great. This is my MODIFIED SELF-EFFicacy.

I also believe in the Humanistic Perspective, in that subject to some constraints we can express unique qualities and use our free will and our potential for growth. Certainly we all are human, and in my case I made a terrible error and suffered self torture, Family loss and worst of all loss of freedom, But these studies have been therapeutic to me.

"Completedo"

<u>STAPLE HERE</u>                UNIVERSITY SYSTEM OF GEORGIA INDEPENDENT STUDY
                          Georgia Center for Continuing Education
                                The University of Georgia
                              Athens, Georgia  30602-3603

                              <u>LESSON 1 COVER SHEET</u>
**Please <u>STAPLE</u> this cover sheet to the front of your lesson <u>SO THAT PAGES DO NOT
BECOME SEPARATED OR LOST</u>. Please remember: <u>ONE LESSON PER ENVELOPE ONLY.</u>**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                             FOR INSTRUCTOR USE ONLY

The instructor must assign a LETTER grade.      LESSON GRADE: _B+_____

_Annette Maddox_____      _Annette Maddox_____      _9-5-01_____
Instructor's Name **(Print)**      Instructor's Signature      Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
INSTRUCTOR'S COMMENTS:

Welcome & Good luck

Good work, a little trouble w/ 1-1.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FOLD ON THIS LINE.**      **PLEASE DO NOT WRITE BELOW THIS LINE.**      **FOLD ON THIS LINE.**

**INSERT THIS SHEET WITH THE <u>BARCODES SHOWING</u> THROUGH THE WINDOW OF THE ENVELOPE.**


|||| ||| |||| ||| |||        ||| |||| ||
ACCT 2101 / 1997            **LESSON 1**
INSTR: **ANNETTE MADDOX**
STANLEY LERNER EF#55107-004
Expiration: 08/17/02  REGNO: 86169



                              STANLEY LERNER EF#55107-004
                              FEDERAL PRISON CAMP ATL A-15
                              P O BOX 150-160
                              ATLANTA, GA  30315-0160

# PRESTON AUTO PAINT COMPANY
## Summary of Transactions
## Month of September 1999

**J-1**

| Date | Explanation | ASSETS — Cash | Accounts Receivable | Painting Equipment | = | LIABILITIES — Accounts Payable | Notes Payable | Capital Stock | Stockholders Equity — Retained Earnings |
|------|-------------|------|------|------|---|------|------|------|------|
| Sep 1 | Capital Stock issued | $100,000 | | | = | | | $100,000 | |
| 5 | Bought Painting & Sanding Equip. | − 25,000 $75,000 | | +25,000 | = | | | | |
| 7 | Painted Proto Fleet | $75,000 | | | = | | | | |
| 14 | Received payment for transaction 9/7/99 | + 8,000 $83,000 | $8,000 − 8,000 0 | | = | | | | |
| 20 | Additional Sanding Equipment 9/20/99 Postponed to 9/28/99 | $83,000 | | $8,000 +8,000 0 | = | 2,800 | | | $8,000 − 8,000 |
| 28 | Payment on liability incurred 9/1/99 | $83,000 − 2,800 $80,200 | | | = | 2,800 − 2,800 0 | | | |
| 30 | Salaries for month | − 2,200 $78,000 | | | = | 0 | | | − 2,200 |
| 30 | Note payable transaction For additional Painting Equip | − 20,000 $58,000 | | +20,000 $22,800 | = | 0 | $100,000 | | − 17,000 |
|  |  | $58,000 | 0 | $22,800 | = | 400 | $100,000 | | |

(Problem)
1-4
1 sc/Page

# CENTRAL DISTRICT PARKING CORPORATION
## SUMMARY OF Transactions
## OCTOBER 1999

|  |  |  | ASSETS | | = | LIABILITIES | + | Stockholders Equity | |
|---|---|---|---|---|---|---|---|---|---|
| Date Oct | Explanation |  | Cash | Accounts Receivable | = | Accounts Payable |  | Capital Stock | Retained Earnings |
| 1 | Accts payable owed as 9/30 were paid |  | - 94,000 | | = | - 94,000 | | | |
| | | | $3,44,000 | | | $94,000 | | | |
| | | | $2,50,000 | | | 0 | | | |
| 1 | Rent Paid for Oct | | - 19,200 | | = | | | | - 19,200 |
| | | | 2,50,800 | | | | | | $16,800 |
| 7 | Received Paid for Parking by Daily customers | | + 4,200 | 18,000 | = | | | | $4,200 |
| | | | $2,35,000 | | | | | | $16,800 |
| 10 | Account Receivable collected as of 9/30 | | + 14,700 | - 14,700 | = | | | | |
| | | | 2,49,400 | 3,600 | | | | | $21,00 |
| 14 | Cash Received for Parking from Daily customers | | + 6,600 | | = | | | | + 6,600 |
| | | | 2,56,000 | 3,600 | | | | | $6,600 |
| 15 | Revenue Earned But not Collected from Fleet customers | | 256,000 | + 6,000 | = | | | | + 6,000 |
| | | | | 9,600 | | | | | 33,600 |
| 16 | Co. Pd Salaries 10/1 - 10/15 | | - 2,400 | | = | | | | - 2,400 |
| | | | 2,53,600 | 9,600 | | | | | $31,200 |
| 19 | Pd Advertising Exp for Oct | | - 1,200 | | = | | | | - 1,200 |
| | | | 2,52,400 | 9,600 | | | | | $30,000 |
| 31 | Cash Received for Parking Daily customers | | + 7,200 | | = | | | | + 7,200 |
| | | | 259,600 | 9,600 | | 232,000 | | | $37,200 |

(PROBLEM 1-4 2nd Page)

# CENTRAL DISTRICT PARKING CORPORATION
## Summary of Transactions
### October, 1999. (Continued)

| Date | Explanation | Assets | | = | Liabilities + | | Stockholders Equity |
|---|---|---|---|---|---|---|---|
| | | Cash | Accounts Receivable | = | Accounts Payable | Capital Stock | Retained Earnings |
| 24 | Miscellaneous Exp. due in Nov. | | | = | $840 | | $840 |
| | | 259,600 | 9,600 | = | 840 | 232,000 | 36,360 |
| 31 | Cash Received for lessor days | +8400 | | | | | +8400 |
| | | 268,000 | 9,600 | = | 840 | 232,000 | 44,760 |
| 31 | Salaries Pd. | -3,000 | | = | | | -3,000 |
| | | 265,000 | 9,600 | = | 840 | 232,000 | 41,760 |
| 31 | Billings to Monthly customers | | +21,600 | = | | | +21,600 |
| 10-16-31 | | 265,000 | 31,200 | = | 840 | 232,000 | 63,360 |
| 31 | Paid Cash Dividend | -24,000 | | = | | | -24,000 |
| | | 241,000 | 31,200 | = | 840 | 232,000 | 39,360 |
| | End of Month Balances | $241,000 | 31,200 | = | 840 | 232,000 | $39,360 |

PROBLEM
 1-H
3 RD Page

Central District Parking Corporation
Income Statement
For Month of October 1999

Revenues
         Daily Customers          $ 4,200
                                    6,600
                                    7,200
                                    8400

                                              $ 26,400
Billing to Monthly Customers                    21,600
Parking Revenue earned but not collected         6,000
                                              $ 54,000 ✓
                    Total

Expenses                                      $ 19,200
         Rent                                    5,400
         Salaries                                1,200
         Advertising                               840
         Exp, Misc
                                              $ 24,640 -

         Net Income                           $ 27,360 ✓

PROBLEM
1-H
4 th Page

Central District Parking Corporation
Retained Earnings

as of 10/1/99                          $36,000
add Net Income                          $27,360

        Total                           $63,360
        Less Dividend                   -24,000

Retained Earnings as of 10/31/99         39,360 ✓

*Problem 1-4 8th Page*

Central District Parking Corporation
Balance Sheet
October 31, 1999

## Assets

Cash                              $ 241,000
Accounts Receivable                  31,200

Total Assets                        272,200

## Liability & Stockholder Equity

Accounts Payable                      $840

Total Liability                       $840

Stockholder Equity
Capital Stock              $ 232,000
Retained Earnings             39,360

Total Liability & Stockholder Equity    272,200

Assets = Liability & Stockholder's Equity

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98

**U.S. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS**

| Inmate's Name Leiner, stanley | Register No. 51707-004 | Unit A-15 |
|---|---|---|

| Evaluation Period JULY, 2001 | Work Assignment Construction #2 |
|---|---|

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Circle the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
X5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing Worker. Does a full day's work and wastes little time.
X5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
X Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
X Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability an promptness.
X. No supervision required. Completely dependable in all things.

(This form may be replicated via WP) Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.

4. Good. No hostility or resentment. Tries to improve.
X. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
X. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
X. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - X - M.

2. Hours of Satisfactory work _____ 83 _____

3. Regular Pay _____ $9.96

4. Bonus Recommended: _X_ yes; ___ no

5. Total Pay __$9.96 plus bonus of $5.00, exemplary work__

| | | Date |
|---|---|---|
| Supervisor's Signature | Frank Lopez | 08/10/01 |
| Inmate's Signature | | Date 08/10/01 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| | Date |
|---|---|
| Staff Witness' Signature | |

| ACCOMPLISH - WORK/PROGRAM ASSIGNMENT | REWARD/PAY | RESTRICTION |
|---|---|---|
| Institution work assignment (full- or part-time) | max. hrs per month - 154 (154÷7 hrs day x 22 days) | FRP Refuse/Drug Education Failure - max. month $5.25 |
| Literacy Program - successful completion (GED) | $25.00 (one-time award) | unsuccessful completion $0 |
| Apprenticeship/BOP Vocational Training | max. hrs per month - 154 | program participation is required |
| Suicide Companion | limited to time spent monitoring suicidal inmate | N/A |
| Drug Abuse Education Programs | $25.00 (one-time award) | $0 -failure/refusal/withdrawal from program |

BP-S324.052 **WORK PERFORMANCE RATING - INMATE** CDFRM
OCT 98

**U.S. DEPARTMENT OF JUSTICE    FEDERAL BUREAU OF PRISONS**

| Inmate's Name | Register No. | Unit |
|---|---|---|
| Stanley Lerner | 55197-004 | A-15 |
| Evaluation Period | Work Assignment | |
| August, 2001 | Construction II | |

Bonus Justification

---

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Circle the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
    1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
    2. Fair. Careless; makes mistakes and does not check work. Should do better work.
    3. Satisfactory. Makes some mistakes but no more than expected at this level.
    4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
    5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
    1. Unsatisfactory. Lazy, wastes time, goofs off.
    2. Fair. Does just enough to get by. Has to be prodded occasionally.
    3. Satisfactory. Works steadily but does not push self.
    4. Good. Willing Worker. Does a full day's work and wastes little time.
    5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
    1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
    2. Fair. Usually relies on others to say what needs to be done.
    3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
    4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
    5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
    1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
    2. Fair. Shows minimal interest but not very eager to learn.
    3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
    4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
    5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
    1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
    2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
    3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
    4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
    5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
    1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
    2. Needs closer supervision than most. Not very dependable.
    3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
    4. Needs little supervision. Good record of dependability an promptness.
    5. No supervision required. Completely dependable in all things.

                                      (This form may be replicated via WP)  Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
    1. Poor. Resentful and hostile. May argue with supervisor.
    2. Fair. Resists or ignores suggestions.
    3. Satisfactory. Generally does what is told without any fuss.

4. Good. No hostility or resentment. Tries to improve.
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negativistic, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with.
5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

1. Fire or lay off that individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion this time?
4. Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Circle one) 1 - 2 - 3 - 4 - M.

2. Hours of Satisfactory work ___161___

3. Regular Pay ___$27.37___

4. Bonus Recommended: _XX_ yes; ___ no

5. Total Pay $27.37 plus bonus of $6.84 ; outstanding work performance

| Supervisor's Signature | Date | 09/10/01 |
|---|---|---|
| Inmate's Signature | Date | 09/10/01 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

| ACCOMPLISH - WORK/PROGRAM ASSIGNMENT | REWARD/PAY | RESTRICTION |
|---|---|---|
| Institution work assignment (full- or part-time) | max. hrs per month - 154 (154=7 hrs day x 22 days) | FRP Refuse/Drug Education Failure - max. month $5.25 |
| Literacy Program - successful completion (GED) | $25.00 (one-time award) | unsuccessful completion $0 |
| Apprenticeship/BOP Vocational Training | max. hrs per month - 154 | program participation is required |
| Suicide Companion | limited to time spent monitoring suicidal inmate | N/A |
| Drug Abuse Education Programs | $25.00 (one-time award) | $0 -failure/refusal/withdrawal from program |

UNITED STATES GOVERNMENT

# memorandum

**DATE:**  08/17/01

**REPLY TO
ATTN OF:**  MR. F. LOPEZ, FOREMAN, CONSTRUCTION II

**SUBJECT:**  BONUS REQUEST FOR INMATE WORKERS FOR MONTH OF AUGUST, 2001

**TO:**  PAYROLL DEPARTMENT

REQUEST 25% OF SALARY AS BONUS FOR EACH EMPLOYEE, BASED UPON EXCELLENT
WORK THIS MONTH, IN COMPLETING ALL WOR AT 729 McDONOUGH. THIS WORK
WAS DONE EFFICIENTLY, ON TIME, WITH SKILL AND EXTRA EFFORT.

THANK YOU FOR CONSIDERATION.

*F. Lopez*