UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6127-CR-MIDDLEBROOKS-01

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

STANLEY LERNER,
Reg. No. 55107-004

                    Defendant.
_____/

> FILED by _____ D.C.
>
> SEP 2 4 2001
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION FOR DOWNWARD DEPARTURE
## PURSUANT TO U.S.S.G. § 5K2.0 FOR POST-CONVICTION REHABILITATION

THIS MATTER is before the Court upon the Defendant STANLEY LERNER's pro se Motion to Request Whether the Petitioner is Entitled to a Downward Departure Persuant (*sp*) to U.S.S.G. § 5K2.0 for Post Conviction Rehabilitation (DE #26), filed September 20, 2001. The Court has reviewed said motion, the arguments presented therein, the documents attached in support of said motion and the Court being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Defendant STANLEY LERNER's pro se Motion to Request Whether the Petitioner is Entitled to a Downward Departure Persuant to U.S.S.G. § 5K2.0 is hereby DENIED. The sentence imposed in this case became final on March 8, 2001, and thus this Court is without jurisdiction to reduce, modify or otherwise alter the sentence imposed in this case.

DONE AND ORDERED, in Miami, Florida, this ____ day of September, 2001.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c:    Stanley Lerner, Pro Se
      Howard Leslie Greitzer, Esq.
      Jeffrey Kaplan, AUSA

