JHK:sr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6127-CR-MIDDLEBROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : |
| STANLEY LERNER, | : |
| DEFENDANT. | : |

GOVERNMENT'S RESPONSE TO DEFENDANT
LERNERS' MOTION FOR A DOWNWARD
DEPARTURE AFTER SENTENCING

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and files this response to the defendants motion.

The defendants request at this time for a §5K2.0 downward departure at this time must be denied.[1]

This defendant, a college and law school graduate, skirted the criminal law for many years of his life. He was disbarred in New York for conduct that easily could have been criminally prosecuted. He then knowingly and wilfully lied to the Florida Bar! This defendant then began his mortgage fraud activities here in the Southern District of Florida. Defendant Lerner's criminal involvement in mortgage fraud permeated every place he worked at as a

---

[1] The Government does not believe the Court has the authority at this time after sentencing to grant a §5K2.0 Motion.



salesman. His activities were all done knowingly and willfully for one purpose - money.

Defendant Lerner's physical health ailments appear to have been satisfactorily handled by the Bureau of Prisons (at government expense) and there has been no request from the Bureau of Prisons to the Court or the U.S. Attorney's office to review his sentence.

It simply appears that defendant Lerner is unhappy with jail. Defendant Lerner's 24 month sentence recommended by the Government was influenced by his cooperation and age. Had Lerner been a younger person there is no way he would have received the 24 month sentence recommendation.

Simply put, defendant Lerner deserves to be where he is, in jail. Defendant Stanley Lerner was a major defendant in this federal grand jury investigation involving massive mortgage fraud. He was one of the most culpable in the James Christenson investigation. Defendant Lerner knows by the terms of the Plea Agreement he signed what sentence he was looking at, and as a trained lawyer he knew what he was signing and agreeing to.

No prosecutor likes to see a man of defendant Lerner's age sent to prison, yet these crimes were all committed by him while he was in his middle sixties. Defendant Lerner's sentence was extremely fair and his motion should be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY
FLA BAR 208035
500 E. Broward Blvd. 7th Flr
Ft. Lauderdale, Fl 33394
(954) 356-7255/(954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this ____ day of September, 2001, to Stanley Lerner, Reg. No. 55107-004, Unit A-15, PO Box 150160, Atlanta, GA 30315-0182.

JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

3