UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEAL

OCT 2 4 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA — MIAMI

USA

Plaintiff/Petitioner,

CASE NO. 00-06127-CR-DMM

01- 15791-I

v.

STANLEY LERNER

Defendant/Respondent,

## CLERK'S NOTICE OF RECEIPT OF APPEALS FILING FEE

The Clerk notifies the Court that on  10/23/01  the filing fee of  $ 105.00  or a partial filing fee of  $ _____  was received, receipt number  851731 .

DONE on October 25, 2001 in Miami, Florida.

**CLARENCE MADDOX**
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

c: US Court of Appeals 11th Circuit
   Appellant

(k) cafee.

Tue Oct 23 16:21:34 2001

UNITED STATES DISTRICT COURT

MIAMI          , FL

Receipt No.   100 851731
Cashier       troy

Tender Type  MONEY ORDER

M.O. Number: 03478732942

Transaction Type   N

DO Code    Div No     Acct
4600       1          086900

Amount          $   105.00

AUGUSTA VONO-LERNER

NTC OF APPEAL 01CR6127/DMM 01-15791-1

Augusta Vono-Lerner
1625 SE 10th
F1.  Ave # 203


