# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEAL
DEC 0 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:  12/10/01

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   District Court No:  00-06127-CR  -  DMM

U.S.C.A. No:  01-15791-I

Style:  USA V. LERNER

### CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

  1 Volume(s) of pleadings

  0 Volume(s) of Transcripts

  X Exhibits:   0 boxes;     0 folders;

              0 envelopes;   1 PSIs (sealed)

              ☐ other: _____

              ☐ other: _____

  ☐ Other: _____

  ☐ Other: _____

Sincerely,
Clarence Maddox, Clerk of Court
By: _____
Deputy Clerk

Attachment
c: court file

S/F A-15
Rev. 10/94

☐ 301 N. Miami Avenue    ☐ 299 E. Broward Boulevard    ☐ 701 Clematis Street
Miami, Fl 33128-7788       Ft. Lauderdale, Fl 33301       West Palm Beach, Fl 33401
305-523-5080               954-769-5413                   561-803-3408

```
                                                      LSS      CLOSED
                                                      APPEAL
                        U.S. District Court
                 Southern District of Florida (FtLauderdale)

                 CRIMINAL DOCKET FOR CASE #: 00-CR-6127-ALL
```

USA v. Lerner                                            Filed: 05/12/00
Dkt# in other court: None

Case Assigned to: Judge Donald M. Middlebrooks

```
STANLEY LERNER (1) , DOB          Howard Leslie Greitzer
8/7/32 Prisoner #55107-004          [term  03/07/01]
     defendant                    FTS 763-4856
  [term  03/07/01]                 [COR LD NTC ret]
                                  Lyons & Sanders
                                  600 NE 3rd Avenue
                                  Fort Lauderdale, FL 33304
                                  954-467-8700
```

Pending Counts:                    Disposition

18:371.F CONSPIRACY TO DEFRAUD     Imprisonment for a term of 24
THE UNITED STATES                  months, concurrent with case
(1)                                #99-6266-Cr-DMM.  Supervised
                                   release for a period of 3
                                   years. Assessment of $100.00.
                                   Restitution in the amount   of
                                   $329,705.
                                   (1)

Offense Level (opening): 4

Terminated Counts:

  NONE

Complaints:

  NONE

U. S. Attorneys:

  Jeffrey Kaplan, AUSA
  FTS 356-7336
  954-356-7255X3515
  [COR LD NTC]

Docket as of December 10, 2001 3:37 pm                   Page 1

[Stamp: Certified to be a true and correct copy of the document on file. Clarence Maddox, Clerk, U.S. District Court, Southern District of Florida. By: Patrice L. Christian, Deputy Clerk. Date 12/10/01]

```
Proceedings include all events.                                          LSS
0:00cr6127-ALL USA v. Lerner                                     CLOSED APPEAL
```

United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
954-769-5600
[COR LD NTC]
Pretrial Services Office
299 E Broward Boulevard
Suite 301
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 769-5566
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

```
Proceedings include all events.                                          LSS
0:00cr6127-ALL USA v. Lerner                                     CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 5/12/00 | 1 | INFORMATION as to Stanley Lerner (1) count(s) 1 (Criminal Category 1) (pb) [Entry date 05/15/00] |
| 5/12/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (pb) [Entry date 05/15/00] |
| 5/18/00 | 2 | Minutes of Initial Appearance held on 5/18/00 before Magistrate Barry S. Seltzer as to Stanley Lerner; Court Reporter Name or Tape #: 00-043 @ 1940-2370 (ss) [Entry date 05/19/00] |
| 5/18/00 | -- | Initial appearance as to Stanley Lerner held (Defendant informed of rights.) (ss) [Entry date 05/19/00] |
| 5/18/00 | 3 | WAIVER OF INDICTMENT by Stanley Lerner (ss) [Entry date 05/19/00] |
| 5/18/00 | 4 | ORDER on Initial Appearance as to Stanley Lerner, , (Signed by Magistrate Barry S. Seltzer on 5/18/00) Tape # 00-043 CCAP (ss) [Entry date 05/19/00] |
| 5/18/00 | 5 | ARRAIGNMENT INFORMATION SHEET for Stanley Lerner (1) count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 05/19/00] |
| 5/18/00 | 6 | ORDER as to Stanley Lerner to Set Bond Bond set to $50,000 Personal Surety for Stanley Lerner. Surrender all passports and travel documents to the Pretrial Services Office. Report to Pretrial Services (as directed) Submit to random urine testing by Pretrial Services (Treatment as deemed necessary) Maintain or actively seek full-time gainful employment. Avoid all contact with victims of or witnesses to the crimes charged. Refrain from possessing a firearm, destructive device or other dangerous weapon. Travel: State of Florida. Reside at current address. No illegal drugs or excessive alcohol. (Signed by Magistrate Barry S. Seltzer on 5/18/00) CCAP [EOD Date: 5/19/00] CCAP (ss) [Entry date 05/19/00] |
| 5/18/00 | 7 | STANDING DISCOVERY ORDER as to Stanley Lerner all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 5/18/00) CCAP (ss) [Entry date 05/19/00] |
| 5/18/00 | 8 | ORDER RE: STATUS CONFERENCE, Speedy Trial and Pretrial Matters as to Stanley Lerner (Signed by Magistrate Barry S. Seltzer on 5/18/00) CCAP [EOD Date: 5/19/00] CCAP (ss) [Entry date 05/19/00] |
| 5/18/00 | -- | ARREST of Stanley Lerner (dr) [Entry date 06/21/00] |
| 5/22/00 | 9 | REPORT Commencing Criminal Action as to Stanley Lerner DOB: 8/7/32 Prisoner # 55107-004 (ss) [Entry date 05/23/00] |

Beg Vol. 1

Proceedings include all events.                                                LSS
0:00cr6127-ALL USA v. Lerner                                          CLOSED APPEAL

| Date | # | Description |
|---|---|---|
| 5/23/00 | 10 | NOTICE of permanent Appearance for Stanley Lerner by Attorney Howard Leslie Greitzer (ss) [Entry date 05/24/00] |
| 5/31/00 | 11 | NOTICE of Hearing as to Stanley Lerner: Set Change of Plea Hearing for 1:00 6/12/00 for Stanley Lerner before Judge William P. Dimitrouleas (ss) [Entry date 05/31/00] |
| 6/9/00 | 12 | NOTICE of Pendency of other action by USA as to Stanley Lerner re: (ss) [Entry date 06/12/00] |
| 6/12/00 | 13 | Minutes of Change of Plea held on 6/12/00 before Judge William P. Dimitrouleas as to Stanley Lerner; GUILTY: Stanley Lerner (1) count(s) 1; Sentencing 12/4/00 at 4:30 (before Judge Middlebrooks) Court Reporter Name or Tape #: Bonnie (ss) [Entry date 06/13/00] *Vol. I Cont'd* |
| 6/12/00 | -- | Change of Plea Hearing as to Stanley Lerner held (ss) [Entry date 06/13/00] |
| 6/12/00 | 14 | Plea Agreement as to Stanley Lerner (ss) [Entry date 06/13/00] |
| 6/12/00 | 15 | NOTICE of Hearing as to Stanley Lerner: Setting Sentencing for 4:30 12/4/00 for Stanley Lerner before Judge Donald M. Middlebrooks (ss) [Entry date 06/13/00] |
| 6/14/00 | 16 | ORDER as to Stanley Lerner granting [12-1] motion to transfer case transferring case to the calendar of Judge Donald M. Middlebrooks ( Signed by Judge William P. Dimitrouleas on 6/12/00 and Judge Donald M. Middlebrooks on 6/14/00) CCAP [EOD Date: 6/15/00] CCAP (wc) [Entry date 06/15/00] |
| 6/14/00 | -- | CASE reassigned to Judge Donald M. Middlebrooks (wc) [Entry date 06/15/00] |
| 6/29/00 | 17 | MOTION by Stanley Lerner to Modify Conditions of Release by deleting the drug testing requirement (wc) [Entry date 06/30/00] |
| 6/30/00 | 18 | ORDER as to Stanley Lerner granting [17-1] motion to Modify Conditions of Release by deleting the drug testing requirement; Delete drug testing. ( Signed by Magistrate Barry S. Seltzer on 6/29/00) CCAP [EOD Date: 7/5/00] CCAP (wc) [Entry date 07/05/00] |
| 8/21/00 | 19 | RE-NOTICE of Hearing as to Stanley Lerner : reset Sentencing for 4:30 3/20/01 before Judge Donald Middlebrooks (wc) [Entry date 08/22/00] |
| 9/8/00 | 20 | MOTION by Stanley Lerner for Special Travel Permit (wc) [Entry date 09/12/00] |