JAN 14 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| STANLEY LERNER, | * |
| PETITIONER, | *   CASE NUMBER: 00-6127-CR-DMM-004 |
| VS. | * |
| UNITED STATES OF AMERICA, | * |
| RESPONDENT. | * |
| | * |

MOTION, REQUESTS THAT THE COURT DESIGNATE
PETITIONER'S LAST SIX(6) MONTHS OF HIS
CONFINEMENT TO HOME CONFINEMENT BY AND
ORDER OF THIS HONORABLE COURT, PURSUANT
TO JUDGMENT OF CONVICTION IN THIS CASE

Come Now the petitioner, Stanley Lerner, pro-se, and moves this Honorable Court to consider a court designation of petitioner, ordering said inmate to home confinement for the last six(6) months of his confinement.

The petitioner was sentenced by this district court at West Palm Beach, Florida, by the Honorable Judge Donald M. Middlebrooks, to a term of incarceration of twenty four (24) months. Said order contained a recommendation that said confinement be at a South Florida Institution. Since my custody status calls for Camp designation, the only institution available is "CAMP MIAMI." Petitioner has requested to be at said institution many times. He is currently confined at the Atlanta Federal Prison Camp, in Atlanta Georgia. The petitioner's register number is 55107-004. The maining address for the institution is Atlanta Federal Prison Camp, P.O. Box 150160, Atlanta, Georgia 30315-0182.

This institution is 610 miles from "MIAMI", way over the 500 miles the Bureau Of Prison in writing attempts to place inmates, with the qualification provided "bed space is available." This inmate in spite of oral and written requests was never placed on a waiting list of Bureau of Prison for transfer, hereinafter referred to as BOP. Further he was told you will never be transferred.

## CERTIFICATE OF SERVICE

I hereby certify, that a true copy of the foregoing "motion" has on this 14th day of January, 2002, been placed in the Institutional mail deposit box, with sufficient postage affixed, and copies sent to the following:

1. Mr. Jeffrey Kay, Assistant U.S. Attorney,
   500 East Broward Blvd., 7th floor
   Fort Lauderdale, Florida 33394

2. Howard M. MiddleBrooks, District Court Judge
   701 Clemantis Street,
   West Palm Beach, Florida 33401

*[signature]*

Stanley Lerner, #55107-004, pro-se
Federal Prison Camp, Atlanta
Post Office Box 150160-Unit A-15
Atlanta, Georgia, 30315-0182

6



ב"ה

# THE ALEPH INSTITUTE
JOSEPH & STERNA GUTNICK NATIONAL HEADQUARTERS
9540 Collins Avenue • P.O. Box 547127 • Surfside, Florida 33154-7127
(305) 864-5553 • Fax: (305) 864-5675 • http://www.aleph-institute.org

Chairman / Founder
Rabbi Sholom D. Lipskar

Executive Director /
Director of Legal Affairs
Isaac M. Jaroslawicz, Esq.

President
Daniel M. Holtz

Board of Directors
Shlomo A. Beilis, Esq.
Professor Herman Branover
Boruch Duchman
Daniel M. Holtz
Sonny Kahn
Jerrod M. (Yosaif) Levine
Rabbi Sholom D. Lipskar
Albert Nipon
Marc (Sholom Moshe) Sheridan
Erwin Sredni

Center for Halacha
& American Law

Moshe Sholom ben Yidel Dovid
Library of Judaic and
Contemporary Law

Ezra ben Avrohom Franco
Tefillin Bank

The Aleph Advisory

The Aleph Report

Institutional Handbook of Jewish
Practice and Procedure

The National Liberator

Director of Military Programs
Michael H. Cohen, Maj USAF (Ret)

Military Advisory Board
Chaplain (Col)
  Sanford L. Dresin, USA (Ret)
Chaplain (Lt Col)
  Jacob Z. Goldstein, NYANG
Chaplain (Lt Col)
  Hal Axelrod, USA (Ret)
Lt Col Sol Gordon, USAF (Ret)
Maj Norton Shectman, USAR
Mark Kerzner
Adam Torem
TSgt Ron Doyle, USAF (Ret)

Director of Prison Programs
Rabbi Menachem M. Katz

Prisoner Services Coordinator
Robert H. Burns

Programs Coordinator
Moshe Barouk

Directors of Development
Howard S. Danzig
Elaine Roy

Family Services Coordinators
Pamela Elfenbein
Valerie Mafdali

Administrative Legal Assistant

Rabbi Menachem M. Katz
*Director of Prison Programs*

July 23, 2001

To whom it may concern,

The purpose of this letter is to reiterate my full support for a full six months of home confinement for Mr. Stanley Lerner #55107-004. Stanley is sixty nine years old and has had many health problems including recent heart trouble. Any thing you can do to assure that he receives the full six months of home confinement would be appreciated.

Very truly yours,

Rabbi Menachem M. Katz



SCHOOL OF MEDICINE

August 31, 2001

To Whom It May Concern:

The Federal Bureau of Prisons
320 First Street Northwest
Washington, DC 20534

Attention: Chief of BOP

Re: Stanley Lerner

Stanley Lerner was evaluated at Jackson Memorial Hospital on March 22, 2001 for an ischemic cardiomyopathy and nonsustained ventricular tachycardia. At that time an electrophysiological study was performed which revealed easily inducible monomorphic ventricular tachycardia. At the same time his conduction system was evaluated which showed advanced His Purkinje system disease and high grade AV block. At this point an AV sequential defibrillator was implanted; a Medtronic Gem III DR Model 7275.

Given the patient's complicated cardiac situation, it is recommended that he is followed on a regular basis by a cardiologist every two to three months. With his implantable defibrillator, the recommendations are that this should be checked at four month intervals.

If any further questions arise, as to Mr. Lerner's plan of treatment, please feel free to contact me here at the University of Miami.

Sincerely yours,

Alberto Interian, Jr., M.D.
Professor of Medicine
Associate Chief, Division of Cardiology
Director of Invasive Cardiology and Electrophysiology

AI/ma

cc: Mr. Stanley Lerner

Division of Cardiology (D-39)
P.O. Box 016960
Miami, Florida 33101
305-585-5532
Fax: 305-585-5090

# BOYS & GIRLS CLUBS OF BROWARD COUNTY

ADMINISTRATIVE OFFICE
1401 NORTHEAST 26™ STREET, FORT LAUDERDALE, FLORIDA 33305
(954) 537-1010 • FAX (954) 537-1070

BOYS & GIRLS CLUBS
OF BROWARD COUNTY

**OFFICERS**
I. Case, *Chairman*
Edith Avey, *President*

**VICE PRESIDENTS:**
Michael McMullan, *Finance*
Larry Johnson, *Personnel*
Carl Mayhue, *Endowment*
Jon Krupnick &
Donald Medalie, *Legal*
Donald Medalie, *Investments*
James Cummings &
Charles Radice, *Property Management*
Nancy Knox, *Program*
Julie Berry &
Dean Jordan, *Public Relations*
Ralph Marrinson, *Long Range Planning*
Thomas Miller, *Honda Classic*
Gary Rotella &
Ken Denison, *Development*
Alan Goldberg &
Gerald Morris, *Unit Boards*
Ned D. Black &
Keith Bowman, *Risk Management*
Elizabeth Clark, *Special Projects*
William Rotella &
Linda Gill, *Business & Industry*
Kaye Pearson &
Richard H. Evans, *WestFair*
Ted Morse, *Auto Show*
Claudette Bonville, *Rendezvous*
Juile Berry, *Dinner Auction*
John Barbee, *Treasurer*
Dr. Harold Reitman, *Secretary*
Nora Novsebian, *President Women's Division*

**BOARD OF DIRECTORS**
Hugh Anderson
Bill Armstrong
Jeff Atwater
John J. Avey, Jr.
Peter Bellomo
Ron Bergeron
  Bodenhamer
    Bonner
    atlette
    mstock
    Cooney
George Cooper*
Steve Dechert
Michelle DiMaria
Tim Elmes
Honorable C. M. Fines*
Michael A. Fischler
Walter H. Gahagan, Jr.*
Deserae Giles
Imelda Gormley
Barbara Hall
T. William Hanifin
John P. Hart
Michael J. Held
Dr. Robert Helmholdt
Paul B. Henry
H. Wayne Huizenga
Marti Huizenga
Kathie Jackson
Dean Jordan
Comm. Ilene Lieberman
O. Mike Marinelli*
Mildred Mariner
Mickey Markoff
Debbie Mason
Thomas McDonald
Larry McGinnes
Albert Miniaci
Richard Mooney
Earl Morrall
Max. B. Osceola, Jr.
Dave Pedersen
Charles Radice
Harvey E. Ramsey
D. Riley Richardson
Michael Robinson
Jon. V. Rode*
Ramon Rodriguez
Carolyn Russell
Nicholas Rutsis
  rge Schoenbacher
  illiam E. Slaughter, Jr.*
  arris Solomon
Brent Spechler
William Stephenson
Phil Talbott
William Thies, Jr.
Wanda Townsend
Kathleen Waltz
E. Carol Webster, Ph.D.
Michael Weinberg
Davis Weir*
Louis W. Witt, Jr.
Pete Woods

**EXECUTIVE DIRECTOR**
David T. Hughes

March 27, 2000

Mrs. Georgeann Stanley
Parole Department
United States Courthouse
1099 East Broward Boulevard
Fort Lauderdale, Florida 33301

Dear Mrs. Stanley:

This letter serves a character reference on behalf of Stanley Lerner. I have known Stanley Lerner for the past year and a half as an active volunteer at the Nan Knox Boys & Girls Club. During that time, Stanley has demonstrated his passion for the community and the children immeasurably.

The Nan Knox Boys & Girls Club is comprised of youth ranging from 7 to 18 years of age with serious problems in the areas of family relationships, academic performance, and self-esteem. Stanley makes it a point to spend time with teens on a one-on-one basis to instill them a sense of respect for themselves and others, and the importance of setting goals and having the determination to achieve those goals. He has spent countless hours in teaching the members of this unit the importance of safety awareness through the Kids In Control program. The Kids In Control program entails bringing police departments, fire departments and other civic organizations into the club, which encompasses the safety needs of the community.

Stanley has been unselfish in his giving and his care even though he suffers from severe asthma. A recent bout with a serious heart condition, which progressed into an angioplasty, prevented him from volunteering for a month. During that month, he faithfully called every other day to communicate with the club members to ensure their continued focus and motivation on the many programs that were being implemented.

LESTER H. WHITE UNIT  2621 SOUTHWEST 15™ STREET, FORT LAUDERDALE, FLORIDA 33312  (954) 581-0850
NAN KNOX UNIT  832 NORTHWEST 2ᴺᴰ STREET, FORT LAUDERDALE, FLORIDA 33311  (954) 463-6392
THOMAS D. STEPHANIS UNIT  212 NORTHWEST 16™ STREET, POMPANO BEACH, FLORIDA 33060  (954) 941-2697
WILLIAM E. SLAUGHTER, JR. UNIT / S. ROBERT LEVINE CAMPUS  7201 KIMBERLY BOULEVARD, NORTH LAUDERDALE, FLORIDA 33068  (954) 726-3927
MARTI HUIZENGA UNIT  1111 NORTH 69™ WAY, HOLLYWOOD, FLORIDA 33024  (954) 983-0626
LAUDERHILL UNIT  5455 NORTHWEST 19™ STREET, LAUDERHILL, FLORIDA 33313  (954) 731-3552
DR. HAROLD REITMAN UNIT  3025 WEST BROWARD BOULEVARD, FORT LAUDERDALE, FLORIDA 33311  (954) 797-7097
CARVER RANCHES UNIT  2205 SOUTHWEST 44™ AVENUE, HOLLYWOOD, FLORIDA 33023  (954) 967-8787
DAVIE UNIT  7481 NORTHWEST 37™ STREET, DAVIE, FLORIDA 33024  (954) 433-9000
CREATIVE ARTS UNIT  2200 NORTHWEST 9™ AVENUE, FORT LAUDERDALE, FLORIDA 33311  (954) 566-8005



UNITED STATES GOVERNMENT
# memorandum

**DATE:** 08/17/01

**REPLY TO ATTN OF:** MR. F. LOPEZ, FOREMAN, CONSTRUCTION II

**SUBJECT:** BONUS REQUEST FOR INMATE WORKERS FOR MONTH OF AUGUST, 2001

**TO:** PAYROLL DEPARTMENT

REQUEST 25% OF SALARY AS BONUS FOR EACH EMPLOYEE, BASED UPON EXCELLENT WORK THIS MONTH, IN COMPLETING ALL WOR AT 729 McDONOUGH. THIS WORK WAS DONE EFFICIENTLY, ON TIME, WITH SKILL AND EXTRA EFFORT.

THANK YOU FOR CONSIDERATION.

*F Lop* [signature]

OPTIONAL FORM NO. 10
GSA
(REV. 1-94)
5010-118

PROCEDURE: Electrophysiology study.

OPERATORS: ATTENDING: Alberto Interian, Jr., M.D.
FELLOWS:   Peter V. Garcia, M.D.
           Robert P. Styperek, M.D.

BRIEF HISTORY: This is a 68-year-old white male with a history of hypertension and coronary artery disease who is now admitted with exertional syncope as well as documented symptomatic complete heart block. Electrophysiology study is being performed to evaluate for inducible arrhythmias as the patient has a history of cardiomyopathy as well as conduction disease.

PROCEDURE: After written and informed consent was obtained, the patient was brought to the electrophysiology suite where he was prepped and draped in the usual sterile fashion. Conscious sedation was maintained throughout the procedure using intravenous Versed and intravenous fentanyl. Using modified Seldinger technique, a 6-French and a 7-French Hemaquet were placed in the right femoral vein. Next, under fluoroscopic guidance, two 6-French, Bard, quadripolar, Josephson-curve electrophysiology catheters were advanced through the venous Hemaquets and positioned in the high right atrium and the His bundle region. Baseline conduction intervals were recorded followed by evaluation of sinus node function with incremental atrial pacing at 30-second intervals from cycle lengths of 600-300 msec. All sinus node recovery times and corrected sinus node recovery times were within normal limits. At this point, atrial pacing protocol was performed with incremental atrial pacing as well as programmed atrial stimulation with one drive train cycle length and up to one extrastimulus delivered. Next, the high right atrial catheter was advanced into the right ventricular apex where we performed ventricular pacing protocol consisting of incremental ventricular pacing as well as programmed ventricular stimulation with one drive train cycle length and up to three extrastimuli delivered. At baseline during ventricular programmed stimulation at 600-190-190-190, the patient had sustained monomorphic ventricular flutter with a cycle length of 200 msec, and this was not pace terminable and required a 360-Joule DC shock to convert to normal sinus rhythm. At this point, the procedure was deemed complete. The patient remained in the electrophysiology suite for implantation of AV sequential ICD.

---

**ELECTROPHYSIOLOGY LABORATORY**    Page 1    NAME:  LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                 HOSP#: 2862286
  Miami, Florida 33136                        DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

FINDINGS:

1. ELECTROCARDIOGRAM:

   Preprocedural electrocardiogram revealed normal sinus rhythm with right bundle branch block and left anterior hemiblock. Post-procedural electrocardiogram was unchanged.

2. CONDUCTION INTERVALS:

   At baseline, the cycle length was 910 msec with an AH interval of 81 msec and an HV interval of 83 msec.

3. SINUS NODE FUNCTION:

   Incremental atrial pacing was performed at 30-second intervals from cycle lengths of 600-300 msec. The longest documented sinus node recovery time was 1240 msec with the longest corrected sinus node recovery time being 330 msec; these values are within normal limits.

4. ATRIAL PACING:

   At baseline. AV nodal ERP was 700-320 with Wenckebach of the AV node at 400 msec.

5. VENTRICULAR PACING:

   At baseline, RV apex ERP was 600-200 with VA dissociation at baseline.

6. ARRHYTHMIAS:

   During ventricular programmed stimulation at 600-190-190-190, the patient had sustained ventricular flutter with a cycle length of 200 msec, which was not pace terminable and was terminated with a 360-Joule DC shock.

CONCLUSION:

1. Advanced His Purkinje disease.

2. Easily inducible monomorphic ventricular tachycardia.

---

**ELECTROPHYSIOLOGY LABORATORY**    Page 2    NAME: LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                 HOSP#: 2862286
  Miami, Florida 33136                        DATE: 4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

COMMENTS AND RECOMMENDATIONS: This 68-year-old white male with a history of coronary artery disease and cardiomyopathy admitted with an exertional syncopal episode and evidence of complete heart block underwent electrophysiology study which confirmed advanced His Purkinje disease as well as easily inducible monomorphic ventricular tachycardia. At this point, AV sequential ICD implantation is recommended. The patient will remain in the electrophysiology suite for performance of this procedure, as prior consent has been obtained.

_____
Peter V. Garcia, M.D.
Electrophysiology Fellow


_____
Robert P. Styperek, M.D.
Electrophysiology Fellow

"As the undersigned teaching physician, I have participated in and supervised the procedure described above. I have reviewed the findings in the case with the resident and agree with the report."

_____
Alberto Interian, Jr., M.D.
Director, Electrophysiology Laboratory

(CA0424AW.4)
R: 04-23-01/T: 04-24-01

cc: Peter V. Garcia, M.D.
    Robert P. Styperek, M.D.
    Alberto Interian, Jr., M.D.
    JMH Medical Records

| ELECTROPHYSIOLOGY LABORATORY | Page 3 | NAME: LERNER, STANLEY |
|---|---|---|
| JACKSON MEMORIAL HOSPITAL | | HOSP#: 2862286 |
| Miami, Florida 33136 | | DATE: 4/19/01 |
| ELECTROPHYSIOLOGY LABORATORY REPORT | | |

PROCEDURE: Left heart catheterization with coronary angiography.

OPERATORS: ATTENDING: Alberto Interian, Jr., M.D.
FELLOWS: Peter V. Garcia, M.D.
Robert P. Styperek, M.D.

BRIEF HISTORY: This is a 68-year-old white male with a history of coronary artery disease, status post angioplasty, who is now admitted with an exertional syncopal episode and subsequent documented symptomatic third-degree heart block. Cardiac catheterization is being performed to rule out recurrent critical coronary artery disease.

PROCEDURE: After written and informed consent was obtained, the patient was brought to the electrophysiology suite where he was prepped and draped in the usual sterile fashion. Conscious sedation was maintained throughout the procedure using intravenous Versed and intravenous fentanyl. The right inguinal region was anesthetized with 2% Xylocaine. Using modified Seldinger technique, the right femoral artery was cannulated and a 5-French Hemaquet was placed with guide wire technique. Next, via this 5-French Hemaquet, a 5-French JL-4 catheter was advanced with guide wire technique and used to cannulate the left coronary artery. Coronary angiography of the left coronary artery was performed in standard angiographic views. Next, using guide wire technique, the 5-French JL-4 catheter was exchanged for a 5-French AR-1 catheter, which was used to cannulate the right coronary artery. Multiple angiographic images were obtained in the standard views. Following this, using guide wire technique, the 5-French AR-1 catheter was exchanged for a pigtail catheter, which was advanced into the left ventricle, at which point we performed left ventricular angiography in the RAO-30° view. At this point, pullback pressure across the aortic valve was obtained and the procedure was deemed complete. There were no complications and the patient remained in the electrophysiology suite for performance of electrophysiology study.

HEMODYNAMICS: The patient remained in normal sinus rhythm throughout the procedure. The left ventricular end-diastolic pressure was 10 mmHg, and there was no significant aortic valve gradient.

THE LEFT CORONARY ARTERY originates normally from the left sinus of Valsalva and bifurcates into the left circumflex artery and the left anterior descending artery. Both the left circumflex artery and the left anterior descending artery are free of critical disease with only luminal irregularities noted throughout.

---

ELECTROPHYSIOLOGY LABORATORY      Page 1      NAME: LERNER, STANLEY
JACKSON MEMORIAL HOSPITAL                     HOSP#: 2862286
  Miami, Florida 33136                        DATE: 4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

THE RIGHT CORONARY ARTERY arises normally from the right sinus of Valsalva and is free of critical disease throughout its course with only luminal irregularities noted.

LEFT VENTRICULAR ANGIOGRAPHY revealed anterior wall hypokinesis with an estimated ejection fraction of 40%.

CONCLUSION:

1. Left ventricular angiography demonstrating anterior wall hypokinesis with an estimated ejection fraction of 40%.

2. No critical coronary artery disease.

COMMENTS AND RECOMMENDATIONS: This 68-year-old white male with a history of coronary artery disease and prior angioplasty now admitted with complete heart block as well as syncope underwent left heart catheterization and coronary angiography, which revealed no critical disease, and a depressed ejection fraction with anterior wall hypokinesis. The patient will remain in the electrophysiology suite for performance of electrophysiology study as further workup for inducible arrhythmias and to evaluate conduction disease.

---
Peter V. Garcia, M.D.
Electrophysiology Fellow

---
Robert P. Styperek, M.D.
Electrophysiology Fellow

"As the undersigned teaching physician, I have participated in and supervised the procedure described above. I have reviewed the findings in the case with the resident and agree with the report."

---
Alberto Interian, Jr., M.D.
Director, Electrophysiology Laboratory

(CA0424AW.3)
R: 04-23-01/T: 04-24-01

cc: Peter V. Garcia, M.D.
    Robert P. Styperek, M.D.
    Alberto Interian, Jr., M.D.
    JMH Medical Records

---

| ELECTROPHYSIOLOGY LABORATORY | Page 2 | NAME: LERNER, STANLEY |
| JACKSON MEMORIAL HOSPITAL | | HOSP#: 2862286 |
| Miami, Florida 33136 | | DATE: 4/19/01 |
| ELECTROPHYSIOLOGY LABORATORY REPORT | | |

obtained, this lead was secured in the subcutaneous pocket using #2 Ethibond sutures. A 2-0 Vicryl suture was placed proximal to the lead insertion site to prevent any venous backbleeding. At this point, the ICD generator was connected to the atrial and ventricular defibrillatory lead and placed in the subcutaneous pocket where it was secured using #2 Ethibond suture. We then proceeded with intraoperative ICD testing. Once conscious sedation was confirmed, the initial induction consisted of T wave shock, which induced ventricular fibrillation, which was adequately detected and treated by the ICD generator, which delivered a 20-Joule defibrillatory shock, converting the patient to normal sinus rhythm. The shocking impedance was 44 ohms. The second induction consisted of T wave shock, which induced ventricular fibrillation, which converted the patient to normal sinus rhythm with a 20-Joule defibrillatory shock. The shocking impedance was 45 ohms. The ventricular defibrillatory threshold was less than or equal to 20 Joules. At this point, intraoperative ICD testing was deemed complete. The deep fascial layer was then reapproximated using 2-0 Vicryl sutures in a continuous fashion. The subcuticular layer was reapproximated using 2-0 Vicryl sutures in a continuous fashion. Dermabond adhesive was applied to the wound followed by a sterile pressure dressing. There were no complications and the patient was transferred to the coronary care unit in hemodynamically stable condition.

IMPLANTED HARDWARE: ICD generator is Medtronic Gem III DR, Model#: 7275, SN#: PJM201178R. Atrial lead is Medtronic Model#: 6940-45, SN#: TCP034370V. Ventricular defibrillatory lead is Medtronic Model#: 6942-65, SN#: TCB121582V.

DATA: The atrial pacing threshold in the bipolar mode was 1.1 V at 0.5 msec with a current of 2.4 mA. The atrial lead impedance was 480 ohms. P wave sensing was 3.2 mV. The ventricular pacing threshold in the bipolar mode was 0.4 V at 0.5 msec with a current of 0.8 mA. The pacing impedance was 515 ohms and R wave sensing was 10.6 mV. The ventricular defibrillatory threshold was less than or equal to 20 Joules. The shocking impedance was 45 ohms.

PARAMETERS: This ICD generator is set for one tachycardia zone, which is for ventricular fibrillation, with initial detection at 320 msec and all therapies consisting of 30-Joule defibrillatory shocks. Bradycardia pacing is set in the DDD mode with a lower rate limit of 60 ppm and an upper rate limit of 120 ppm.

---

ELECTROPHYSIOLOGY LABORATORY    Page 2    NAME:  LERNER, STANLEY
JACKSON MEMORIAL HOSPITAL                 HOSP#: 2862286
  Miami, Florida 33136                    DATE:  4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

PROCEDURE:     AV sequential ICD implantation with peripheral venography.

OPERATORS:   ATTENDING:  Alberto Interian, Jr., M.D.
             FELLOWS:    Peter V. Garcia, M.D.
                         Robert P. Styperek, M.D.

BRIEF HISTORY: This is a 68-year-old white male with a history of coronary artery disease, syncope with documented complete heart block as well as inducible ventricular tachycardia. AV sequential implantation is being performed for these indications.

PROCEDURE: After written and informed consent was obtained, the patient was brought to the electrophysiology suite where he was prepped and draped in the usual sterile fashion. Conscious sedation was maintained throughout the procedure with intravenous Versed, intravenous fentanyl and intravenous Brevital. The left infraclavicular region was anesthetized with 2% Xylocaine. Using simultaneous modified Seldinger technique and contrast injection via the left antecubital vein for peripheral venography, we cannulated the subclavian vein on two occasions and advanced two guide wires into the inferior vena cava. Peripheral venography of the left subclavian venous system revealed that it was patent throughout its course without significant anomalies. At this point, using an 11-blade scalpel, a 4-cm incision was made approximately two fingerbreadths below the left clavicle and extended towards the deltopectoral groove. This incision was taken down to the deep fascial layer using Bovie cautery and blunt dissection. We then made a subcutaneous pocket in the inferomedial direction using Bovie cautery and blunt dissection. This subcutaneous pocket was copiously irrigated with antibiotic solution. Following this, the guide wires were dissected down into the fascial plane using blunt dissection with Metzenbaum scissors. Next, over the medial guide wire, a 10.5-French dilator and introducer was advanced. As the guide wire and dilator were removed, a tined ventricular defibrillatory lead was advanced to the right ventricular apex. Once adequate pacing and sensing thresholds were obtained, this lead was secured in the subcutaneous pocket using #2 Ethibond sutures. Over the lateral guide wire, a 9-French dilator and introducer was advanced. As the dilator and guide wire were removed, an active fixation atrial pace-sense lead was advanced into the right atrial appendage where it was secured into position. Once adequate pacing and sensing thresholds were

---

**ELECTROPHYSIOLOGY LABORATORY**     Page 1     NAME: LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                   HOSP#: 2862286
  Miami, Florida 33136                          DATE: 4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

PROCEDURE: Intraoperative ICD testing.

OPERATORS: ATTENDING: Alberto Interian, Jr., M.D.
FELLOWS: Peter V. Garcia, M.D.
Robert P. Styperek, M.D.

BRIEF HISTORY: This is a 68-year-old white male with a history of coronary artery disease, syncope with documented complete heart block as well as inducible ventricular tachycardia. AV sequential implantation is being performed for these indications. Intraoperative ICD testing was performed during ICD implantation.

PROCEDURE: Once the ICD generator was connected to the atrial and ventricular defibrillatory leads and placed in the subcutaneous pocket, we proceeded with intraoperative ICD testing. The initial induction consisted of T wave shock, which induced ventricular fibrillation, which was adequately detected and treated by the ICD generator, which delivered a 20-Joule defibrillatory shock, converting the patient to normal sinus rhythm. The shocking impedance was 44 ohms. The second induction consisted of T wave shock, which induced ventricular fibrillation, which was adequately detected and treated by the ICD generator, which delivered a 20-Joule defibrillatory shock, converting the patient to normal sinus rhythm. Shocking impedance was 45 ohms. The ventricular defibrillatory threshold was less than or equal to 20 Joules. At this point, intraoperative ICD testing was deemed complete. Please refer to the surgical report for further details of this procedure.

IMPLANTED HARDWARE: ICD generator is Medtronic Gem III DR, Model#: 7275, SN#: PJM201178R. Atrial lead is Medtronic Model#: 6940-45, SN#: TCP034370V. Ventricular defibrillatory lead is Medtronic Model#: 6942-65, SN#: TCB121582V.

DATA: The atrial pacing threshold in the bipolar mode was 1.1 V at 0.5 msec with a current of 2.4 mA. The atrial lead impedance was 480 ohms. P wave sensing was 3.2 mV. The ventricular pacing threshold in the bipolar mode was 0.4 V at 0.5 msec with a current of 0.8 mA. The pacing impedance was 515 ohms and R wave sensing was 10.6 mV. The ventricular defibrillatory threshold was less than or equal to 20 Joules. The shocking impedance was 45 ohms.

---

**ELECTROPHYSIOLOGY LABORATORY**  Page 1  NAME: LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**  HOSP#: 2862286
Miami, Florida 33136  DATE: 4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT

PARAMETERS: This ICD generator is set for one tachycardia zone, which is for ventricular fibrillation, with initial detection at 320 msec and all therapies consisting of 30-Joule defibrillatory shocks. Bradycardia pacing is set in the DDD mode with a lower rate limit of 60 ppm and an upper rate limit of 120 ppm.

CONCLUSION: Successful intraoperative ICD testing with a ventricular defibrillatory threshold of less than or equal to 20 Joules.

COMMENTS AND RECOMMENDATIONS: This 68-year-old white male with a history of syncope, cardiomyopathy and complete heart block underwent successful intraoperative ICD testing. The patient will be monitored in the coronary care unit overnight with wound check in the morning and prophylactic antibiotics as ordered as well as continuation of medical therapy. Post-discharge, the patient will be followed by the ICD clinic as well as Dr. Interian as indicated.

_____
Peter V. Garcia, M.D.
Electrophysiology Fellow


_____
Robert P. Styperek, M.D.
Electrophysiology Fellow

"As the undersigned teaching physician, I have participated in and supervised the procedure described above. I have reviewed the findings in the case with the resident and agree with the report."

_____
Alberto Interian, Jr., M.D.
Director, Electrophysiology Laboratory

(CAC424AW.6)
R: 04-23-01/T: 04-24-01

cc: Peter V. Garcia, M.D.
    Robert P. Styperek, M.D.
    Alberto Interian, Jr., M.D.
    JMH Medical Records
    JMH ICD Clinic

---

**ELECTROPHYSIOLOGY LABORATORY**     Page 2     NAME: LERNER, STANLEY
**JACKSON MEMORIAL HOSPITAL**                   HOSP#: 2862286
  Miami, Florida 33136                          DATE: 4/19/01
ELECTROPHYSIOLOGY LABORATORY REPORT