UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6127-CR-MIDDLEBROOKS

FILED by _____ D.C.

JAN 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • W.P.B.

STANLEY LERNER,
Petitioner

vs.

UNITED STATES OF AMERICA,
Respondent.

_____/

ORDER DENYING REQUEST
RECOMMENDATION TO THE
BUREAU OF PRISONS

THIS MATTER having come before the Court upon the Petitioner Stanley Lerner's pro

se Motion, Requests that the Court Designate Petitioner's Last Six (6) Months of his

Confinement to Home Confinement by and Order of this Honorable Court, Pursuant to Judgment

of Conviction in this Case. the Court having reviewed said letter and the reasons set forth therein

and the Court being fully advised as to the facts and circumstances of this case, it is

ORDERED AND ADJUDGED that the Petitioner request for a recommendation to the

United States Bureau of Prisons is hereby **DENIED.**  This Court finds that it is without

jurisdiction to interfere with the internal policy decisions of the Bureau of Prisons.  However, the

Bureau of Prison may take note that the court would have no objection to Mr. Lerner receiving

the maximum amount of time in a half-way house as is allowable based upon the totality of the

circumstances in this case and the recommendations of Mr. Lerner's Case Manager.

DONE AND ORDERED, in West Palm Beach, Florida, this _____ day of January,

2002.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:     Jeffrey Kay, AUSA

Stanley Lerner, pro se
Federal Prison Camp, Atlanta
Post Office Box 150160-Unit A-15
Atlanta, Georgia, 30315-0182

U.S. Marshals
U.S. Probation
U.S Bureau of Prisons