UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6127-CR-MIDDLEBROOKS

STANLEY LERNER,
    Petitioner

VS.

UNITED STATES OF AMERICA,
    Respondent.
_____/



## ORDER DENYING MOTION FOR CLARIFICATION AND RECONSIDERATION

THIS MATTER is before the Court upon the Petitioner STANLEY LERNER's Motion for Clarification and Reconsideration of the Court's Order Denying Petitioner's Request "that the Court Designate Petitioners Last Six (6) Months of his Confinement by and Order of the Honorable Court, Pursuant to Judgment of Conviction in the Case dated February 06, 2002. The Court has carefully scrutinized each of the filings in this case, the arguments presented by the Petitioner, as well as the entire record in this cause. The Court finds no legal or factual basis to reconsider, modify or alter its prior findings or rulings in this case. It is, therefore

ORDERED AND ADJUDGED that the Petitioner STANLEY LERNER's Motion for Clarification and Reconsideration is hereby DENIED.

DONE AND ORDERED, in Miami, Florida, this ___7___ day of March, 2002.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

35.
WC

cc: Stanley Lerner, pro se
Reg No. 55107-004
Federal Prison Camp, Atlanta
Post Office Box 150160-Unit A-15
Atlanta, Georgia 30315-0160

United States Attorney Office
United States Marshals
United States Probation