PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 62103

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-6266-CR-DMM-005 and  
CASE NO. 00-6127-CR-DMM-001



**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Stanley Lerner

Name of Sentencing Judicial Officer: The Honorable Donald M. Middlebrooks, Judge  
United States District Court, Miami, FL

Date of Original Sentence: March 2, 2001

Original Offense: Conspiracy to commit wire Fraud, in violation of Title 18 U.S.C. § 371, a Class D felony.

Original Sentence: Committed to the custody of the Bureau of Prisons for a term of twenty-four (24) months concurrent with case # 00-6127-CR-DMM. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years concurrent with case #00-6127-CR-DMM.

Type of Supervision: Supervised Release        Date Supervision Commenced: January 6, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.



PROB 49　　　　　　　　　　　　　　　　　　　　　　　　　　　SD/FL PACTS #62103
(3/89)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

　　　　I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

　　　　I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall pay restitution at the rate of $100.00 per month until such time as the court may alter that payment schedule in the interests of justice.
The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the court any material change in the defendant's ability to pay.**

Witness: _____　　　　Signed: _____
　　　　　U.S. Probation Officer　　　　　　　　　　　　　　　Supervised Releasee
　　　　　Patricia Brinson　　　　　　　　　　　　　　　　　　Stanley Lerner

　　　　　　　　　　　　　　　　　February 27, 2003
　　　　　　　　　　　　　　　　　　　　Date